AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 06-2662

United States District Court
Southern District of Texas
FILED
JAN 20 2010
Clerk of Court

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Solvay Pharmaceuticals, Inc.
was received by me on *(date)* 1-12-10 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Shakinah Edwards , who is
designated by law to accept service of process on behalf of *(name of organization)* CT Corporation Systems
1201 Peachtree St. NE Atl., Ga. on *(date)* 1-12-10@3:14pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1-13-10

Anthonio Hightower
Server's signature

Hightower, Anthonio
Printed name and title

P.O. Box 742821 Riverdale, Ga. 30274
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action                                                    19157.1

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| USA ex rel. John King and Jane Doe ) | |
| ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 06-2662 |
| Solvay S.A., et al. ) | |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Solvay Pharmaceuticals, Inc.
through registered agent CT Corporation Systems
1201 Peachtree St., NE
Atlanta, Georgia  30361

United States Courts
Southern District of Texas
FILED

JAN 2 0 2010

Clerk of Court

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joel Androphy
Berg & Androphy
3704 Travis
Houston, Texas  77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. BRADLEY

CLERK OF COURT

*(signature)*

JAN 0 8 2010
Date: _____                                _____
                                                                                  *Signature of Clerk or Deputy Clerk*