# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOHN KING, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION H-06-2662 |
| SOLVAY S.A., *et al.*, | § § | |
| *Defendants*. | § § | |

## ORDER

Defendants Solvay Pharmaceuticals, Inc., Solvay North America, LLC and Solvay America, Inc.'s unopposed motion for a partial lifting of the seal (Dkt. 72) is GRANTED. It is therefore ORDERED that Relators shall provide defendants copies of all complaints and amended complaints currently under seal in this matter. The seal on those documents shall remain in effect absent further order of the Court.

Signed at Houston, Texas on February 8, 2010.

_____
Gray H. Miller
United States District Judge

TO ENSURE PROPER NOTICE, EACH PARTY RECEIVING THIS ORDER SHALL
FORWARD IT TO EVERY OTHER PARTY AND AFFECTED NONPARTY