# EXHIBIT LIST TO RELATORS JOHN KING AND JANE DOE'S RESPONSE TO DEFENDANT SOLVAY PHARMACEUTICALS, INC.'S MOTION TO DISMISS

| Exhibit No. | Description |
| --- | --- |
| 1 | *122261 Fondren, LLC v. Riverbank Realty CP, LLC,* No. H-9-4074, 2010 WL 1741071, at *1 (S.D. Tex. Apr. 29, 2010) |
| 2 | *Leisure Hospitality, Inc. v. Hunt Properties, Inc.*, No. 09-CV-272-GKF-PJC, 2010 WL 4824495, at *4-5 (N.D. Okla. Nov. 22, 2010) |
| 3 | *Akins v. Brewster Place*, No. 09-4153-JAR, 2010 WL 750254, at *1 (D. Kan. Mar. 2, 2010) |
| 4 | *Yount v. Research Specialists, Inc.*, No. 07-1218, 2008 WL 4470189, at *1-2 (E.D. La. Sept. 30, 2008) |
| 5 | *Abner v. Jewish Hospital Healthcare Services Inc.*, 2008 WL 3853361 (S.D. Ind. Aug. 13, 2008) |
| 6 | *U.S. v. Gwinn*, 2008 WL 867927, at *13 (S.D. W. Va. Marc. 31, 2008) |
| 7 | *U.S. ex rel. Franklin v. Parke-Davis ("Parke-Davis II")*, No. Civ. A. 96-11651PBS, 2003 WL 22048255 (D. Mass. Aug. 22, 2003) |
| 8 | Brief for *Amicus* Curiae The United States of America in Support of Appellants, *U.S. ex rel. Westmoreland v. Amgen*, *Inc*., No. 10-1629, at 13-21 (1st Cir. Oct. 29, 2010) |
| 9 | United States' Statement of Interest in Response to Defendant's Motion to Dismiss, *U.S. ex rel. Piacantile v. Novartis AG,* 04-4265, at pp. 2-10 (July 21, 2010) |
| 10 | Statement of Interest of the United States in Response to Defendant ELA, Inc.'s Motion to Dismiss, *U.S. ex rel. Pfeifer v. ELA Med., Inc.* No. 07-cv-1460 |
| 11 | United States' Statement of Interest Regarding Defendant's Motion to Dismiss, *U.S. ex rel. Hutcheson v. Blackstone Med., Inc.,* No. 06-11771, at 3-5 |
| 12 | *U.S. ex rel. Hess v.Sanofi-Synthelabo Inc.*, 2006 WL 1064127, at *2, 7 (E.D. Mo. April 21, 2006) |
| 13 | United States' Statement of Interest in Response to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, *U.S. ex rel. Rost v. Pfizer, Inc.*, 03-CV-11084, at p. 5 (May 16, 2008) |

| 14 | *United States v. Dynamics Research Corp,.* No.03cv11965-NG, 2008 WL 886035, at *10 (D. Mass. Mar. 31, 2008) |
| 15 | *Janis v. Nelson*, No.09-5019-KES, 2009 WL 4505935 (D.S.D Nov. 23, 2009) |
| 16 | *U.S. ex rel. Lewis v. Walker,* No. 3:06-cv-16, 2007 WL 2713018, at *5-6 (M.D. Ga. Sept. 14, 2007) |
| 17 | *U.S. ex rel. Erskine v. Baker*, No. 99-50034, 2000 WL 554644 (5th Cir. Apr. 13, 2000) |
| 18 | *U.S. ex rel. Nichols v. Omni H.C., Inc.*, No. 4:02-cv-66(HL), 2008 WL 906426, at *2 (M.D. Ga. Mar. 31, 2008) |
| 19 | *Riddle v. Dyncorp International Inc.*, 2010 WL 3304245 (N.D. Tex Augl 19, 2010) |
| 20 | *U.S. ex rel. Dyson v. Amerigroup Texas, Inc.*, 2005 WL 2467689, at *3 (S.D. Tex. Oct. 6, 2005) |
| 21 | *U.S. ex rel. Gray v. Lockheed Martin Corp.*, 2010 WL 672017 (E.D. La. Feb. 19, 2010) |
| 22 | *U.S. ex rel. Gonzalez v. Fresenius Med. Care North America*, 2010 WL 1645971 (W.D. Tex. Mar. 31, 2010) |