**EXHIBITS TO RELATORS JOHN KING AND JANE DOE'S**
**FIFTH AMENDED COMPLAINT**

| Exhibit No. | Description |
|---|---|
| 1 | 07/26/00 memo from David Neuberger, Senior Internal Auditor for Solvay America, to Bob Solheim, Vice President of Finance and Administration for Solvay Pharmaceuticals, and others re: questionable reimbursable expenses in Innovex audit of sales representatives (KD00703 – KD00709) |
| 2 | 05/09/99 Solvay Pharmaceuticals/Solvay S.A. press release re: safety of Luvox.  Mentions Eric Harris and the Columbine tragedy (D006175 – D006177) |
| 3 | Review and Evaluation of Clinical Data of Luvox |
| 4 | Luvox label (KD00932 – KD00935) |
| 5 | Promotional Materials Request for Approval – OCD Compendium for Primary Care (SOLCID0014912 – SOLCID0014920) |
| 6 | December 1994 letter from FDA to Florence Gilson re: changes to language in Luvox promotional materials (SOLCID0012629 – SOLCID0012639) |
| 7 | PowerPoint presentation "Selling Luvox to Primary Care Physicians" (K00727 – K00731) |
| 8 | Solvay Workshop Materials – Mental Health MAP 2 Workshop (Luvox Tablets) (SOLCID0015206 – SOLCID0015228) |
| 9 | Luvox and Lithobid DVD |
| 10 | 05/02/97 email from Bruce Birtwell to John King and Tom Dovel congratulating Luvox/Lithobid video (K1888) |
| 11 | 04/20/99 email re: Luvox marketing strategies (KD00859 – KD00860) |
| 12 | S.O.A.P. Case Presentation (K00134 – K00140) |
| 13 | Various call notes re: Luvox |
| 14 | Presentation used at Charlotte POA meeting re: Luvox marketing (K00696-K00705 and K00734 – K00737) |
| 15 | Documents re: Luvox Distance Learning schedule (SOLCID0014652 – SOLCID0014659) |
| 16 | 04/02/96 memo from Kathleen Milligan to Mental Health Group with script of Luvox presentation discussing OCD market (SOLVACID0012901 – SOLVACID0012910) |
| 17 | Luvox Psychiatry POA I 2000 Brand Data Sheet (SOLCID0021200 – SOLCID0021203) |
| 18 | Summary chart of representative examples of Luvox off-label prescriptions |
| 19 | July 1999 letter from FDA to Matthew Weinberg stating that Solvay's proposed promotional materials contain misleading information re: Aceon being used to treat arterial wall compliance.  (SOLCID0157877 – SOLCID0157881) |
| 20 | 02/05/02 email from James Maxson to reps re: ICD-9 codes.  Email states that Aceon does not have an indication for Arterial Wall Compliance. (SOLCID0172422 – SOLCID0172423) |

| 21 | Cardiovascular Managed Care Advisory Board Final Report presented by MediMedia Managed Care, LLC (K2097 – K2119) |
| 22 | Aceon Message Refinement sales aid (K00593 and KD00579.1 – KD00604) |
| 23 | 12/07/00 email from Lynda Dobson re: Message Implementation Teleconference with John King and Tom Dovel (K1080) |
| 24 | Memo from Doug Haling to Steve Jennings and Jim Hynd re: ACEON Message refinement (SOLCID0049093) |
| 25 | Certificate of Appreciation awarded to John King for developing the Aceon Refinement Message (KD00170) |
| 26 | 2001 Business Plan – Aceon (SOLCID0049266 – SOLCID0049272) |
| 27 | Atlanta PCD District 2001 Business Plan.  Tells reps to utilize Medicaid stickers where appropriate. (K00457 – K00484) |
| 28 | New Orleans District Marketing Plan POA I 2001 (K00384 – K00386) |
| 29 | 11/10/00 email from Lisa Cooper to John King and Tom Dovel discussing success when using Aceon refinement message (K1076) |
| 30 | 10/31/01 email from John Hepfer to John King re: market research results from The Hypertension Market Study (K00534) |
| 31 | 03/12/03 memo from Bob Solheim, Steve Jennings & Alan Ryan to the Aceon file re: forecasts for Aceon.  Discusses PROGRESS study (SOLCID0049255 – SOLCID0049259) |
| 32 | Lancet study results on the PROGRESS clinical study (SOLCID0054944 – SOLCID0054954) |
| 33 | Email chain re: Androgel PC Core Message and Selling Points (KD00071 – KD00072) |
| 34 | PROGRESS Planning/ Implementation chart (D00183) |
| 35 | Representative/Professional Services Associate Evaluation Form – Speaker was Dr. Ninety-two (SOLCID0108076 -  SOLCID0108077, SOLCID0108084 – SOLCID0108085, SOLCID0108090, SOLCID0108094) |
| 36 | Summary chart of representative example prescriptions by certain physicians |
| 36a | Summary chart of Aceon prescriptions for diabetic patients |
| 36b | Summary chart of Aceon prescriptions for stroke patients |
| 37 | 10/05/00 email from John Hepfer re: physician speakers for the AWC Program with list of attendees and future potential speakers. (SOLCID0093082 –SOLCID0093088) |
| 38 | List of Southwest Region check requests for payment to physician speakers (SOLCID0011001, SOLCID0047089 – SOLCID0047090 & SOLCID0066980) |
| 39 | Androgel Label (KD00889 – KD00907) |
| 40 | PowerPoint "Male Hypogonadism: Prevalence, Diagnosis, Consequences, and Treatment Strategies" (KD00940 – KD00988) |
| 41 | 2003 Brand Data Summary for Androgel (SOLCID0076346 – SOLCID0076354 and SOLCID0024974) |
| 42 | 03/11/02 monthly report from Jim Prasch to Ann Willmoth.  Discusses |

| | |
|---|---|
| | PROGRESS status (K1081 – K1091) |
| 43 | 04/12/00 letter from FDA to Unimed re: misleading statements in proposed Androgel promotional materials (SOLCID0162632 – SOLCID016238) |
| 44 | Medical Education Transition report prepared by EDU-Medical Management, Inc. for Solvay (SOLCID0070823 – SOLCID0070851) |
| 45 | 12/09/01 memo from Tim Hatke to Sales Reps responsible for Androgel re: Andropause Consensus 2000 video distribution (D004958) |
| 46 | Androgel Brand Data Sheet for POA II 2002 (SOLCID0074801 – SOLCID0074808) |
| 47 | Script to aid in Androgel sales (K00536 – K00538) |
| 48 | "Androgen Replacement in Hypogonadal Men" by Dr. Larry Lipshultz (D02459 - D02483) |
| 49 | 06/25/04 monthly report for June from David Sharpe to Christa Townsend (SOLCID0102798 – SOLCID0102802) |
| 50 | 09/2005 letter to David Sharpe recapping speaker program led by Dr. Ramon Perez (SOLCID0065377) |
| 51 | 07/25/04 monthly report for July from David Sharpe to Christa Townsend (SOLCID0102815 – SOLCID0102820) |
| 52 | 04/11/03 memo from AndroGel Brand Team to Primary Care & Specialized Markets Team forwarding AACE Guidelines "American Assoication of Clinical Endocrinologists Medical Guidelines for Clinical Practice for the Evaluation and Treatment of Hypogonadism in Adult Male Patients" (SOLCID0027758) |
| 53 | Mid POA II and Androgel Pump Launch sales guide (SOLCID0100504 – SOLCID0100508) |
| 54 | 05/26/04 monthly report for May from David Sharpe to Christa Townsend (SOLCID0105656 – SOLCID0105660) |
| 55 | 08/25/04 monthly report for August from David Sharpe to Christa Townsend (SOLCID0105466 – SOLCID0105471) |
| 56 | 05/11-12/05  field contact report from Jill Reed (SOLCID0065389 – SOLCID0065394) |
| 57 | 2005 Field Sales Performance Appraisal of Stephanie Boeke (SOLCID0106350 – SOLCID0106357) |
| 58 | Portion of article by Harrison G. Pope, Jr. "Testosterone Gel Supplementation for Men with Refractory Depression: A Randomized, Placebo-Controlled Trial" (SOLCID0028987) |
| 59 | Sales Aid "How Are Your Male Patients Performing?" (SOLCID0026989 – SOLCID0026993) |
| 60 | 2000 Promotional Materials Approval to Print, Psych Sales Aid for Androgel (SOLCID0156709) |
| 61 | 07/24/01 email to sales reps re: Androgel references in program with Dr. Cunningham (SOLCID0172383) |
| 62 | Sales "script" re: Androgel (G-001260 – G-001261) |
| 63 | Portion of presentation with sales tips for Androgel (D02803 - D02822) |
| 64 | Email chain re: discussing linking Androgel prescriptions with Viagra (SOLCID0101757 – SOLCID0101758) |

| 65 | Androgen Patient Counseling tearsheets (SOLCID0074148 – SOLCID—74155 and KD00989 – KD00990) |
|----|---------------------------------------------------------------------------------------------|
| 66 | Portion of May 2002 Managed Care Newsletter.  References Androgel prescriptions to women (SOLCID0101507) |
| 67 | 02/01/06 field contact report from Laura Wheat to David Sharpe (SOLCID0068558 – SOLCID0068562) |
| 68 | 11/04/03 memo from Melanie Blanchard to sales reps re: promotion of Androgel in pain management clincs (SOLCID0003874) |
| 69 | Sales Aid "Considerations for your male HIV+ patients" (KD00685 – KD00688) |
| 70 | Article from The American Journal of Medicine "Endocrine Disorders in Men Infected with Human Immunodeficiency Virus" (SOLCID0036856 – SOLCID0036861) |
| 71 | Summary chart listing the data for fifteen female Texas Medicaid patients prescribed Androgel |
| 72 | Report of sales rep Arnold de la Fuente giving doctor off-label pitch and Medicaid claims data for patient prescribed AndroGel by doctor receiving pitch (SOLCID0102815-0102820) |
| 73 | Field Sales Performance Appraisal for Cheryl Kramer (SOLCID0106358 – SOLCID0106364) |
| 74 | Summary chart of Androgel prescriptions written by Dr. Twenty-five |
| 75 | Androgel Medicaid prescriptions written by Dr. Fifteen |
| 76 | Summary chart of representative examples of doctors prescribing Androgel for depression |
| 77 | Summary chart of representative examples of doctors prescribing Androgel for osteoporosis |
| 78 | Summary chart of representative examples of doctors prescribing Androgel for sexual dysfunction |
| 79 | 08/14/01 letter to Sales Reps from CMS re: launch of Evidence for Secondary Stroke Prevention: Findings from PROGRESS CME (D00963 – D00964) |
| 80 | Return on Investment form showing $26,000 spent on CME event (SOLCID0072161 – SOLCID0072162) |
| 81 | 10/14/03 email from Suzanne Starbuck to Steve Goldstein re: changes to Androgel promotional CD-Rom (SOLCID0032494 – SOLCID0032496) |
| 82 | 11/29/99 email from Thomas Dovel re: Cape Fear weekly reports (D005068) |
| 83 | Invitation for Obsessive Compulsive & Spectrum Disorders lecture hosted by Solvay (SOLVACID0011735 – SOLVACID0011736) |
| 84 | Speaker Request Form for physician speech concerning Luvox (SOLVACID0011742) |
| 85 | 02/01/00 monthly report from Tom Camp to Ed Schutter with Aceon sales results (SOLCID0010992 – SOLCID0010994) |
| 86 | 12/06/99 email from Ed Rohrer re: availability of Dr. Hyman for Solvay cities program (SOLCID0069620) |
| 87 | Field Sales Self Appraisal for Dana Hargrove (SOLCID0174378 – |

| | |
|---|---|
| | SOLCID0174385) |
| 88 | Birmingham District Speaker Funding Request June and July, 2000 Previously Committed Events.  Includes information use of Dr. Broder in speaker program (K00388 – K00393) |
| 89 | Information re: Gerald Kumin M.D.'s participation in spreading Aceon message.  Includes Dr. Kumin's presentation materials (K00003 – K00031) |
| 90 | 03/07/01 email from Bullington re: Aceon sales tips (K00542 – K00543) |
| 91 | Primary Care Central Region March Monthly Business Update listing Medicaid formulary access as a competitive challenge (G-000895 – G-000908) |
| 92 | DM Business Plan Summary Presentation for Nashville District (D002791 – D002799) |
| 93 | 02/03/05 email from David Sharpe re: Texas Medicaid DART data (SOLCID0099912 – SOLCID0099914) |
| 94 | Documents re: Luvox marketing after approval for formulary status under Kentucky Medicaid.  (SOLCID0015255 – SOLCID0015258 & SOLCID0015264 – SOLCID0015266) |
| 95 | 02/22/02 District Business Plan Summary Presentation from Birmingham District (D02775 – D02790) |
| 96 | Letter to Union Positiva (Miami doctors) re: AndroGel off-label messages concerning benefits for men with HIV/AIDS (SOLCID0112623 – SOLCID0112626) |
| 97 | 05/31/06 email from Timothy Stoops to Shammy Chowdhury and others re: physicians prescribing Androgel to patients covered by the Federal Employee Program (SOLCID0068413) |
| 98 | Marketing material re: Androgel's status on Medicare Part D (SOLCID0080728 – SOLCID0080732) |
| 99 | 08/01/02 email from James Prasch to Stanley Ferrell and others re: Aceon's status on Louisiana's Preferred Drug List (D02688 – D02689) |
| 100 | Solvay promotional materials re: Medi-Cal's addition of Luvox Tablets to Formulary (SOLCID0017325 – SOLCID0017332) |
| 101 | Email chain re: positioning Aceon as drug of choice for stroke patients with Alabama Medicaid (K2095 – K2096) |
| 102 | Agreements from recruited physicians re: ACES program (SOLCID0011071, SOLCID0011019 & SOLCID0011073 – SOLCID0011095) |
| 103 | Promotional material review re: ADAP (SOLCID0028391 – SOLCID0028408) |
| 104 | List of targeted TriCare physicians – Androgel prescribers (KD00857 – KD00858) |
| 105 | List of Birmingham District Speaker Events from 01/01/00 – 07/31/00 (K2352) |
| 106 | 2002 Peer Influence Event Schedule.  Includes information on lunch and learns, dinners, golf tournaments, etc. (D02597 – D02598) |
| 107 | January – June 2001 – YTD Peer Influence Report.  Includes information on preceptorships and other programs (D00164 – D00168) |

| 108 | South Central Specialty Region 2001 Business Plan (K00472 – K00484) |
| 109 | Schedule of Events for lecture promoting Androgel to HIV patients (SOLCID0070819 – SOLCID0070822) |
| 110 | 10/08/01 email from Shaji Durrani to MTA-Field PC DM forwarding 2002 Androgel budget.  Includes program descriptions and budgets (K00369 – K00371) |
| 111 | Territory-Level Program Plan – POA I 2000.  Includes information on journal club, dine 'n dash, book 'n dash programs (K00645 – K00646) |
| 112 | Aceon Territory Action Plan re: Aceon (KD00491 – KD00492) |
| 113 | 02/13/00 email from John King re: peer influence programs (K00407 – K00411) |
| 114 | CME CaseXchange Newsletter Case Study Submission Form for Prevention of Secondary Stroke (KD00720) |
| 115 | 05/30/02 Solvay Primary Care Field Trip Report by Frank Garcia (G-000855 – G-000857) |
| 116 | 04/03/02 Solvay Primary Care Field Trip Report by Michelle Thomas (G-000912 – G-000913) |
| 117 | 05/18/00 email from John King to Narendra Gupta re: speaker program at Beau Rivage Casino in Mississippi (K00394 – K00396) |
| 118 | 03/09/00 email from John King re: Aceon roundtables (K00400) |
| 119 | 2002 Business Plan for Aceon (SOLCID0049366 – SOLCID0049415) |
| 120 | 03/28/01 email from John King re: ALERT roundtable meetings (K00406) |
| 121 | Program materials promoting Androgel for treatment of sexual dysfunction (SOLCID0027458 – SOLCID0027475) |
| 122 | ALERT Program Workshop presentation (D02484 – D02505) |
| 123 | 03/20/00 memo from Atul Laddu to sales reps re: ACT program (KD000084 – KD000085) |
| 124 | Description of Physician Profile Interview program (KD00277 – KD00280) |
| 125 | 01/30/00 ACES Consultation letter (KD00719) |
| 126 | 10/18/99 email from Ed Rohrer re: ACES enrollment (SOLCID0011061 – SOLCID0011067) |
| 127 | Consultancy Agreement Interactive Representative Training Program (SOLCID0011056 – SOLCID0011058 and KD00696 – KD00698) |
| 128 | 02/14/02 email from Christa Townsend to John King re: sample distribution (K00571 – K00572) |
| 129 | 04/04/02 email from Alvin Reine to John King re: Dine and Dashes (K00574) |
| 130 | 02/07/00 email from John King re: Books-A-Million program (K00412) |
| 131a | Summary chart of representative examples of speaker programs |
| 132 | Summary chart of representative examples of doctors prescribing Aceon |
| 133 | Summary chart of representative examples of doctors prescribing Androgel |
| 134 | Presentation regarding targeting the right customers using ICD-9 Codes (G-000031 – G0000041) |
| 135 | Instructional document "How to Code for Hypogonadism" |

| | |
|---|---|
| | (SOLCID0142747) |
| 136 | Presentation re: targeting the right customers for Androgel and the use of ICD-9 Codes (G-000053 – G-000060) |
| 137 | Androgel ALERT Program Check Request form (KD00090 – KD00091) |
| 138 | Form consulting agreement letter between Unimed and physicians (KD00352 – KD00354) |
| 139 | Performance review of Ed Rohrer (SOLCID0000440 – SOLCID0000450) |
| 140 | Aceon Launch Marketing Ideas (KD00687 – KD00694) |
| 141 | Invitation to OCD Spectrum Concept Advisory Panel at the Homestead Resort in Hot Springs, Virginia (SOLVACID0011688 – SOLVACID011689) |
| 142 | March 2000 Cost Center Accounting Report (SOLCID0010868 – SOLCID0010890) |
| 143 | Medicare Enrollment Application |
| 144 | February 2000 List of Southwest Region check requests for payment to physician speakers (SOLCID0011001 – SOLCID0011003) |