# EXHIBIT 131A

| Physician Name City/State | Remuneration Type and Date Received | Medicaid Patient Control Number (Redacted) | Diagnosis | Diagnosis Date | Medicaid Rx Fill Date |
|---|---|---|---|---|---|
| Dr. Eighty-three Waco, TX | 9/10/1996 Speaker program Honorarium: $750.00 Travel/Lodging: $675.00 | 50990**** | Moderate Mental Retardation | 11/15/1999 1/17/2000 | 11/29/1999 1/28/2000 |
| | 5/16/1997 Two speaker programs Honorarium: $2,000.00 Travel: $80.60 | 51040**** | Neurotic Depression | 12/20/1999 2/17/2000 9/12/2000 10/10/2000 | 1/11/2000 3/1/2000 6/2/2000 9/12/2000 12/7/2000 |
| Dr. Eighty-four Beaumont, TX | Oct 15, 1996 Paid $1,448.19 (honorarium plus expenses) to give presentation entitled, "OCD & Spectrum Disorders" | 51625**** | Schizophrenia | 11/10/1999 1/12/2000 4/19/2000 | 11/10/1999 12/11/1999 1/10/2000 2/8/2000 3/13/2000 4/10/2000 5/11/2000 6/12/2000 7/16/2000 8/10/2000 |

| Physician Name | Remuneration Type and Date Received | Medicaid Patient Control Number (Redacted) | Primary Diagnosis | Rx Date | Medicaid Rx Fill Date |
|---|---|---|---|---|---|
| Doctor Twenty-three | February 2000 Paid $250.00 honorarium to attend Solvay City program | 50530**** | Conjunctivitis and Convulsions | 2/25/2000 | 3/6/2000 |
| | | | | | 4/5/2000 |
| | | | | | 5/5/2000 |
| | | | | | 6/5/2000 |
| | | | | | 7/3/2000 |
| | | | | | 8/3/2000 |
| | | | Convulsions | 8/24/2000 | 9/1/2000 |
| | | | | | 10/5/2000 |
| | | | | | 10/24/2000 |
| | | | | | 11/20/2000 |
| | | | | | 1/31/2001 |
| | | | | 2/23/2001 | 3/3/2001 |
| | | | | | 4/7/2001 |
| | | | | | 5/4/2001 |
| | | | | | 6/7/2001 |
| | | | | | 7/7/2001 |
| | | | Allergic Rhinitis | 7/24/2001 | 8/3/2001 |
| | | | Unspecified Allergy and Epilepsy | 3/1/2002 | 3/1/2002 |
| | | | Mental Retardation and Epilepsy | 5/31/2002 | 5/31/2002 |
| | | 50985**** | Other and unspecified special symptoms or syndromes, not elsewhere classified | 6/1/2000 | 6/1/2000 |

| | | | |
|---|---|---|---|
| | 51063**** | Attention Deficit Hyperactivity Disorder | 8/21/2000 | 8/21/2000 |
| | 42379**** | Dermatophytosis of the foot | 9/25/2001 | 9/25/2001 |
| | 50579**** | Epilepsy<br>Cardiac Dysrhythmia<br>Epilepsy | 6/5/2002<br>6/3/2003<br>8/18/2004 | 6/5/2002<br>6/3/2003<br>8/18/2004 |
| | 50375**** | Allergic Rhinitis | 7/1/2002 | 7/1/2002<br>10/8/2002 |
| | 50253**** | Epilepsy | 7/11/2002 | 7/11/2002<br>8/23/2002<br>10/5/2002<br>11/19/2002<br>12/14/2002 |
| | | Convulsions and Insect Bite | 8/22/2003 | 8/22/2003<br>9/19/2003 |
| | 50685**** | Multiple Sclerosis | 2/15/2000 | 2/15/2000 |
| | | | 2/25/2000 | 2/25/2000 |
| | | | 4/3/2000 | 4/3/2000 |
| | | Diabetes Type II | 7/8/2000<br>7/14/2000<br>7/22/2000<br>7/31/2000<br>8/28/2000<br>9/12/2000 | 7/8/2000<br>7/14/2000<br>7/22/2000<br>7/31/2000<br>8/28/2000<br>9/12/2000 |
| Doctor Ninety-six | March 7, 2000<br>Paid $250.00 honorarium to attend a Regional Dinner Program that was planned in February 2000 | | | |

| Doctor | Event | ID | Condition | Date | Date |
|---|---|---|---|---|---|
| Dr. Ninety-seven | April 28, 1999 Attended speaker program at La Scala, an upscale restaurant in San Antonio, TX | 51844**** | Arthropathy | 10/13/2000 | 10/13/2000 |
| | | | Anemia | 2/21/2000 | 2/21/2000 |
| | | | | 2/27/2001 | 2/27/2001 |
| | | 51883**** | Psychosis | 10/30/2001 | 10/30/2001 |
| | | | | | 12/10/2001 |
| | | | | | 1/7/2002 |
| | | | | 11/12/2001 | 11/12/2001 |
| | | | | | 12/10/2001 |
| | | | | | 1/7/2002 |
| | | | | | 2/4/2002 |
| | | 50406**** | Neurotic Depression | 12/27/1999 | 12/27/1999 |
| | | 50190**** | Schizophrenia | 3/16/2000 | 3/16/2000 |
| | | | | 4/20/2000 | 4/20/2000 |
| | | 51147**** | Major Depressive Disorder | 2/28/2001 | 2/28/2001 |
| | | | | 3/21/2001 | 3/21/2001 |
| | | 50491**** | Bipolar Disorder | 3/9/2001 | 3/9/2001 |
| | | | | 4/9/2001 | 4/9/2001 |
| | | | | 5/9/2001 | 5/10/2001 |
| | | | | 6/7/2001 | 6/7/2001 |

| Dr. Ninety-eight | April 28, 1999 Attended speaker program at La Scala, an upscale restaurant in San Antonio, TX | 51102**** | Schizoaffective Disorder | 2/28/2000 | 3/1/2000 |
| --- | --- | --- | --- | --- | --- |
| | | | | 5/31/2000 | 6/1/2000 |
| | | | | 9/1/2000 | 9/1/2000 |
| | | | | 11/14/2000 | 12/1/2000 |
| | | | | 3/1/2001 | 3/1/2001 |
| | | | | 5/14/2001 | 6/1/2001 |
| | | 42160**** | Schizoaffective Disorder | 4/13/2000 | 4/13/2000 |
| | | | | 6/7/2000 | 6/8/2000 |
| | | | | 8/23/2000 | 10/5/2000 |
| | | | | 1/22/2001 | 2/1/2001 |
| | | | | 3/26/2001 | 3/27/2001 |
| | | 51617**** | Major Depressive Disorder | 4/18/2000 | 4/18/2000 |
| | | | | 5/4/2000 | 5/4/2000 |
| | | | | 6/1/2000 | 6/1/2000 |

| Dr. Ninety-nine | April 28, 1999 Attended speaker program at La Scala, an upscale restaurant in San Antonio, TX | 50519**** | Agoraphobia | 11/19/1999 | 12/15/1999 |
|---|---|---|---|---|---|
| | | | | 1/25/2000 | 1/25/2000 |
| | | | | | 2/25/2000 |
| | | 51604**** | Schizoaffective Disorder | 1/31/2000 | 1/31/2000 |
| | | | | | 3/27/2000 |
| | | | | | 6/12/2000 |
| | | | | 7/18/2000 | 7/18/2000 |
| | | | | | 8/29/2000 |
| | | | | 9/20/2000 | 9/28/2000 |
| | | | | | 10/28/2000 |
| | | | | | 11/27/2000 |
| | | | | 3/1/2001 | 4/2/2001 |
| | | | | 5/8/2001 | 5/8/2001 |
| | | | | | 6/30/2001 |
| | | | | | 9/25/2001 |
| Dr. One-Hundred | April 28, 1999 Attended speaker program at La Scala, an upscale restaurant in San Antonio, TX | 41735**** | Anxiety Disorder | 11/17/1999 | 11/17/1999 |
| | | | | 12/22/1999 | 12/22/1999 |
| | | | | 2/2/2000 | 2/2/2000 |
| | | | | 3/3/2000 | 3/3/2000 |
| | | | | 4/3/2000 | 4/3/2000 |

| 51930**** | Major Depressive Disorder | 1/7/2000 | 1/7/2000 |
|---|---|---|---|
| | | 2/14/2000 | 2/14/2000 |
| | | 3/21/2000 | 3/21/2000 |
| | | 5/30/2000 | 5/30/2000 |
| | | 6/29/2000 | 6/29/2000 |
| | | 8/2/2000 | 8/2/2000 |
| | | 9/2/2000 | 9/2/2000 |
| | | 10/9/2000 | 10/9/2000 |
| | | | 11/7/2000 |
| | | | 12/5/2000 |
| | | | 2/1/2001 |
| | | | 2/28/2001 |

| | | |
|---|---|---|
| 3/1/2001 | | 3/1/2001 |
| | | 4/13/2001 |
| | | 5/16/2001 |
| | | 6/20/2001 |
| | | 7/20/2001 |
| | | 8/20/2001 |
| 9/19/2001 | | 9/19/2001 |
| | | 10/20/2001 |
| | | 11/19/2001 |
| 12/19/2001 | | 12/19/2001 |
| 4/1/2002 | | 4/1/2002 |
| 7/15/2002 | | 7/15/2002 |
| 8/23/2002 | | 8/23/2002 |
| | | 9/16/2002 |
| 3/14/2000 | Bipolar Disorder | 3/14/2000 |
| 4/3/2000 | | 4/3/2000 |
| 5/2/2000 | 51885**** | 5/2/2000 |

| ID | Condition | Date A | Date B |
|---|---|---|---|
| 51244**** | Neurotic Depression | 5/1/2000 | 5/1/2000 |
| | | 6/7/2000 | 6/7/2000 |
| | | 7/3/2000 | 7/3/2000 |
| | | 9/5/2000 | 9/5/2000 |
| | | | 11/8/2000 |
| | | 3/10/2001 | 3/10/2001 |
| | | | 5/7/2001 |
| | | | 7/4/2001 |
| | | 9/2/2001 | 9/2/2001 |
| | | | 11/3/2001 |
| | | | 1/7/2002 |
| | | 3/13/2002 | 3/13/2002 |
| | | 8/17/2002 | 8/17/2002 |
| | | 9/17/2002 | 9/17/2002 |
| | | 10/18/2002 | 10/18/2002 |
| | | 11/18/2002 | 11/18/2002 |

| 42283**** | Neurotic Depression | | |
|---|---|---|---|
| | | 5/8/2000 | 5/8/2000 |
| | | 6/5/2000 | 6/5/2000 |
| | | 7/3/2000 | 7/3/2000 |
| | | 8/28/2000 | 8/28/2000 |
| | | | 9/25/2000 |
| | | 10/23/2000 | 10/23/2000 |
| | | 11/27/2000 | 11/27/2000 |
| | | 1/22/2001 | 1/22/2001 |
| | | | 2/19/2001 |
| | | 3/26/2001 | 3/26/2001 |
| | | | 4/23/2001 |
| | | 5/21/2001 | 5/21/2001 |
| | | 6/22/2001 | 6/22/2001 |
| | | | 7/16/2001 |
| | | 8/13/2001 | 8/13/2001 |
| | | | 9/10/2001 |

| 50971**** | Major Depressive Disorder | 6/8/2000 | 6/8/2000 |
|---|---|---|---|
| | | 7/5/2000 | 7/5/2000 |
| | | 8/12/2000 | 8/12/2000 |
| | | 9/15/2000 | 9/15/2000 |
| | | | 10/17/2000 |
| | | | 11/16/2000 |
| | | | 12/18/2000 |
| | | | 2/22/2001 |
| | | 3/22/2001 | 3/22/2001 |
| | | | 4/30/2001 |
| | | | 5/25/2001 |
| | | | 6/25/2001 |
| | | | 7/25/2001 |
| | | 8/27/2001 | 8/27/2001 |
| | | | 9/28/2001 |
| | | | 10/24/2001 |
| | | | 11/12/2001 |
| | | | 12/14/2001 |
| | | | 1/4/2002 |

| 42023**** | Major Depressive Disorder | 6/14/2000 | 6/14/2000 |
|---|---|---|---|
| | | 8/1/2000 | 8/1/2000 |
| | | 8/18/2000 | 8/18/2000 |
| | | 9/1/2000 | 9/1/2000 |
| | | 10/24/2000 | 10/24/2000 |
| | | 11/14/2000 | 11/14/2000 |
| | | 2/14/2001 | 2/14/2001 |
| | | 6/5/2001 | 6/5/2001 |
| | | 8/7/2001 | 8/7/2001 |
| | | 9/28/2001 | 9/28/2001 |
| | | 1/25/2002 | 1/25/2002 |
| | | 7/11/2002 | 7/11/2002 |
| | | 1/17/2003 | 1/17/2003 |

| | |
|---|---|
| 4/4/2003<br>4/29/2003<br>6/5/2003<br>7/7/2003<br>8/1/2003<br>8/27/2003<br>9/30/2003<br>11/4/2003<br>12/1/2003<br>1/7/2004<br>2/2/2004<br>7/2/2004<br>10/1/2004<br>1/5/2005 | 4/4/2003<br>6/5/2003<br>7/7/2003<br>8/27/2003<br>9/30/2003<br>11/4/2003<br>11/15/2003<br>1/7/2004<br>2/2/2004<br>7/2/2004<br>10/1/2004<br>1/5/2005 |
| | |
| | |

| ID | Diagnosis | Date | Date |
|---|---|---|---|
| 40895**** | Paranoid Schizophrenia | 6/23/2000 | 6/23/2000 |
| | | 7/18/2000 | 7/18/2000 |
| | | 9/11/2000 | 9/11/2000 |
| | | | 12/15/2000 |
| | | 3/17/2001 | 3/17/2001 |
| | | 5/24/2001 | 5/24/2001 |
| | | 7/2/2001 | 7/2/2001 |
| | | 9/2/2001 | 9/2/2001 |
| | | | 11/3/2001 |
| | | | 1/7/2002 |
| 50253**** | Major Depressive Disorder | 6/22/2001 | 6/22/2001 |
| | | | 7/25/2001 |
| | | | 8/25/2001 |
| | | | 9/26/2001 |
| | | | 10/27/2001 |
| | | | 11/19/2001 |
| | | 12/22/2001 | 12/22/2001 |
| | | | 1/22/2002 |
| | | | 2/21/2002 |
| | | 3/21/2002 | 3/21/2002 |
| 51806**** | Major Depressive Disorder | 7/6/2001 | 7/6/2001 |
| | | 8/17/2001 | 8/17/2001 |
| | | 9/11/2001 | 9/11/2001 |

| | | | | |
|---|---|---|---|---|
| Dr. One-Hundred One | April 28, 1999 Attended speaker program at La Scala, an upscale restaurant in San Antonio, TX | 51261**** | Attention Deficit Hyperactivity Disorder | 5/23/2000 | 5/23/2000 6/24/2000 7/26/2000 8/30/2000 10/6/2000 |
| | | | | 11/6/2000 | 11/6/2000 |
| Dr. One-Hundred Two | April 25, 2000 Attended speaker program at the Post Oak Grill, an upscale restaurant in Beaumont, Texas | 51402**** | Attention Deficit Hyperactivity Disorder | 5/16/2000 | 5/16/2000 |
| | | 50800**** | Post-traumatic Stress Syndrome | 12/14/2000 | 12/14/2000 |
| | | | | 12/18/2000 | 12/18/2000 |
| | | | | 2/13/2001 | 2/13/2001 |
| | | 50485**** | Post-traumatic Stress Syndrome | 2/13/2001 | 2/13/2001 |
| | | | | 2/28/2001 | 2/28/2001 |
| | | | | 3/1/2001 | 3/1/2001 |
| | | | | 5/6/2002 | 5/6/2002 |
| | | | | 6/7/2002 | 6/7/2002 |
| | | 52099**** | Major Depressive Disorder | 3/30/2004 | 3/30/2004 |
| | | | | 5/13/2004 | 5/13/2004 6/7/2004 |