# EXHIBIT 141

*YOU HAVE BEEN SELECTED TO PARTICIPATE IN AN EXPERT PHYSICIAN ADVISORY PANEL ON THE OCD SPECTRUM CONCEPT.*

*YOUR PRESENCE IS REQUESTED AT AN INTERACTIVE DINNER MEETING WITH YOUR COLLEAGUES.*

Solvay Pharmaceuticals Speakers Program

For more information please call 1-800-234-8770

*Solvay Pharmaceuticals, Inc.*
*Speakers Program*
*4364 S. Alston Avenue*
*Durham, NC 27713*

Jim Carroll
**Solvay Pharmaceuticals, Inc**
5157 Chelsea Brook Lane
Glen Allen, VA  23060

Confidential & Proprietary

SOLVACID0011688

## OCD Spectrum Concept Advisory Panel

Friday and Saturday, September 12–13, 1997

**Homestead Resort**
Hot Springs, Virginia

☐ Yes, I will attend
☐ No, I will not attend

Name _____

Address _____

City _____

State, Zip _____

Business Phone _____

### RSVP

Please return this card with your response to Jim Carroll by Monday, September 8, 1997 or you may call and leave a message for Jim at (804) 270-3787.

---

### INFORMATION

A Research Psychiatrist actively involved with the OCD SPectrum Concept will be leading the Advisory Panel.

An honorarium will be provided for your role as an Advisor.

We look forward to your participation in this event.

### THIS MEETING IS HOSTED BY

Solvay Pharmaceuticals, Inc.
and
Pharmacia and Upjohn, Inc.

---

YOU HAVE BEEN SELECTED TO PARTICIPATE IN

An Expert Physician Advisory Panel on the

## OCD Spectrum Concept Advisory Panel

Friday and Saturday, September 12–13, 1997

**Homestead Resort**
Hot Springs, Virginia

### AGENDA

Solvay welcomes you to check in Friday evening and have dinner at your leisure.

Saturday Morning:
10:00 AM - Program
12:00 NOON - Lunch
Afternoon: Activity of Your Choice