# EXHIBIT 142

```
03/13/2000                                    ZFOCCA01 -- Cost Center Accounting Posting Report w/ Optional CO data                                          1

Run date   : 03/13/2000 10:47:10            SOLVAY PHARMACEUTICALS, INC                Program : ZFOCCA01
User name  : USRNKPR1     FU2               Transaction Posting Report                 Page    :    1

SUMMARY BY G/L ACCOUNT
```

| Cost Ctr | DocNbr | PostDate | Int Ord | Amount | VenNum | Vendor Name | Invoice # | Solvay PO | CO Comment |
|---|---|---|---|---|---|---|---|---|---|
| Account 61200-0002 Contracted Services-Product Detailing-Out |
| 183601 | 100188593 | 12/31/1999 | | 133,000.00 | | | INNOVEX SAL BO | | Innovex Top Performer Incentives |
| 183601 | 500001358 | 01/01/2000 | | 18,000.00- | | | YE A/P ACCR | | INNOVEX RCRT CEG SETTLEMENT ACCR |
| 183601 | 500001358 | 01/01/2000 | | 5,183.72- | | | YE A/P ACCR | | INNOVEX INCENTIVE RECON ACCR |
| 183601 | 500001330 | 12/31/1999 | | 18,000.00 | | | YE A/P ACCR | | INNOVEX RCRT CEG SETTLEMENT ACCR |
| 183601 | 500001330 | 12/31/1999 | | 5,183.72 | | | YE A/P ACCR | | INNOVEX INCENTIVE RECON ACCR |
| 183601 | 100188345 | 12/31/1999 | | 120,000.00- | | | INNOVEX PC BON | | To increase Innovex PC Bonus |
| 183601 | 100187369 | 12/31/1999 | | 6,342,200.00- | | | INNVX RCON9-11 | | INNOVEX RECON SEPT-NOV PRIMARY CARE |
| Subtotal for Vendor | | | | 4,331,200.00- |
| 183601 | 1900125566 | 02/23/2000 | | 1,203,110.00 | 208266 | INNOVEX, INC. | 102-3949 | | FEBRUARY ESTIMATES PROJECT 8304 |
| 183601 | 1700004013 | 12/22/1999 | | 14,438.10- | 208266 | INNOVEX, INC. | CREDIT RCPT EX | | CRDT RCPT 1ST QTR PC |
| 183601 | 1700004013 | 12/22/1999 | | 21,725.45- | 208266 | INNOVEX, INC. | CREDIT RCPT EX | | CRDT RCPT 2ND QTR PC |
| 183601 | 1900125566 | 02/23/2000 | | 41,041.00 | 208266 | INNOVEX, INC. | 102-3949 | | FEBRUARY ESTIMATES PROJECT 8304 |
| 183601 | 1900121536 | 01/20/2000 | | 74,200.00 | 208266 | INNOVEX, INC. | 102-3844 | | JANUARY 2000 ESTIMATES PRIMARY CARE |
| 183601 | 1900118446 | 12/22/1999 | | 1,187,280.00 | 208266 | INNOVEX, INC. | 102-3761 | | DEC 99 EST PC |
| 183601 | 1900118446 | 12/22/1999 | | 48,600.00 | 208266 | INNOVEX, INC. | 102-3761 | | DEC 99 EST PC |
| 183601 | 1900114027 | 11/22/1999 | | 74,200.00 | 208266 | INNOVEX, INC. | 8304 | | NOV 99 ESTIMATES PRIMARY CARE |
| 183601 | 1900114027 | 11/22/1999 | | 54,000.00 | 208266 | INNOVEX, INC. | 8304 | | NOV 99 ESTIMATES PRIMARY CARE |
| 183601 | 1900118446 | 12/22/1999 | | 1,319,200.00 | 208266 | INNOVEX, INC. | 8304 | | NOV 99 ESTIMATES PRIMARY CARE |
| 183601 | 1900118446 | 12/22/1999 | | 74,200.00 | 208266 | INNOVEX, INC. | 102-3761 | | DEC 99 EST PC |
| 183601 | 1900119882 | 01/05/2000 | | 18,000.00 | 208266 | INNOVEX, INC. | PAYBACK | | PAYBACK OR ORIGINAL $76,087.79 CREDIT |
| 183601 | 1900121536 | 01/20/2000 | | 41,040.00 | 208266 | INNOVEX, INC. | 102-3844 | | JANUARY 2000 ESTIMATES PRIMARY CARE |
| 183601 | 1900119886 | 02/05/2000 | | 5,183.72 | 208266 | INNOVEX, INC. | 102-3811 | | PROJECT# 8304 |
| 183601 | 1900121536 | 01/20/2000 | | 1,203,111.00 | 208266 | INNOVEX, INC. | 102-3844 | | JANUARY 2000 ESTIMATES PRIMARY CARE |
| 183601 | 1900125566 | 02/23/2000 | | 74,200.00 | 208266 | INNOVEX, INC. | 102-3949 | | FEBRUARY ESTIMATES PROJECT 8304 |
| Subtotal for Vendor 208266 | | | | 5,381,202.17 |
| Subtotal for Account 61200-0002 | | | | 1,050,002.17 | | Contracted Services-Product Detailing-Out |
| Account 61200-0004 Outside Services-Service Contracts |
| 183601 | 100187369 | 12/31/1999 | | 761,877.00- | | | INNVX RCON9-11 | | INNOVEX RECON SEPT-NOV PRIMARY CARE |
| 183601 | 600001755 | 11/01/1999 | | 87,485.74 | | | INNOVEX RECRUT | | Expense Innovex CSO Recruiting Inv # |
| 183601 | 600001835 | 12/01/1999 | | 87,485.74 | | | INNOVEX RECRUT | | Expense Innovex CSO Recruiting Inv # |
| 183601 | 100192952 | 01/31/2000 | | 0.18- | | | INNOVEX 3337 | | Innovex adjustment |
| Subtotal for Vendor | | | | 586,905.70- |
| 183601 | 1900113372 | 11/16/1999 | | 7,742.92 | 100079 | NEVINS MARKETING GROUP | 64175 | | DUFFLE W/BLIND DEBOSS |
| Subtotal for Vendor 100079 | | | | 7,742.92 |
| 183601 | 1900118446 | 12/22/1999 | | 68,459.00 | 208266 | INNOVEX, INC. | 102-3761 | | DEC 99 EST PC |
| 183601 | 1900121536 | 01/20/2000 | | 68,459.00 | 208266 | INNOVEX, INC. | 102-3844 | | JANUARY 2000 ESTIMATES PRIMARY CARE |

Confidential & Proprietary

SOLCID0010868

03/13/2000

ZFOCCA01 -- Cost Center Accounting Posting Report w/ Optional CO data

Run date : 03/13/2000 10:47:10    SOLVAY PHARMACEUTICALS, INC    Program : ZFOCCA01
User name : USRMKFR1    FU2    Transaction Posting Report    Page : 2

### SUMMARY BY G/L ACCOUNT

| Cost Ctr | DocNbr | PostDate | Int Ord | Amount | VenNum | Vendor Name | Invoice # | Solvay PO | CO Comment |
|---|---|---|---|---|---|---|---|---|---|
| 183601 | 1900118446 | 12/22/1999 | | 185,500.00 | 208266 | INNOVEX, INC. | 102-3751 | | DEC 99 EST PC |
| 183601 | 1900114027 | 11/22/1999 | | 185,500.00 | 208266 | INNOVEX, INC. | 8304 | | NOV 99 ESTIMATES PRIMARY CARE |
| 183601 | 1900114027 | 11/22/1999 | | 68,459.00 | 208266 | INNOVEX, INC. | 8304 | | NOV 99 ESTIMATES PRIMARY CARE |
| 183601 | 1900121536 | 01/20/2000 | | 185,500.00 | 208266 | INNOVEX, INC. | 102-3844 | | JANUARY 2000 ESTIMATES PRIMARY CARE |
| 183601 | 1900125566 | 02/23/2000 | | 68,459.00 | 208266 | INNOVEX, INC. | 102-3949 | | FEBRUARY ESTIMATES PROJECT 8304 |
| 183601 | 1900125566 | 02/23/2000 | | 185,500.00 | 208266 | INNOVEX, INC. | 102-3949 | | FEBRUARY ESTIMATES PROJECT 8304 |
| Subtotal for Vendor 208266 | | | | 1,015,836.00 | | | | | |
| Subtotal for Account 61200-0004 | | | | 436,673.22 | | Outside Services-Service Contracts | | | |

Account 61410-0010 Travel-Transportation

| 183601 | 100183147 | 11/30/1999 | | 793.18 | | | NOV AMEX AIR | | NOV 99 AMEX AIRFARE |
| Subtotal for Vendor | | | | 793.18 | | | | | |
| 183601 | 1900120098 | 01/10/2000 | | 57.90 | 206617 | VICTORY METROPOLITAN TAXI | 20958/20989/21 | | INV #20989 |
| Subtotal for Vendor 206617 | | | | 57.90 | | | | | |
| Subtotal for Account 61410-0010 | | | | 861.08 | | Travel-Transportation | | | |

Account 61500-0003 Meetings-Meals & Entertainment

| 81034 | 1900128246 | 03/08/2000 | | 308.21 | 301720 | DRUMMOND, TAMMY | 02-29-2000 | | Dash N Dine for S'port Reg |
| Subtotal for Vendor 301720 | | | | 308.21 | | | | | |
| 81034 | 1900123450 | 02/02/2000 | | 662.71 | 301821 | ROEKER, EDWARD | 01-25-2000 | | dinner meeting |
| 81034 | 1900133450 | 02/02/2000 | | 272.63 | 301821 | ROEKER, EDWARD | 01-25-2000 | | DINNER PROGRAM |
| 81034 | 1900133450 | 02/02/2000 | | 118.01 | 301821 | ROEKER, EDWARD | 01-25-2000 | | dinner |
| Subtotal for Vendor 301821 | | | | 1,053.35 | | | | | |
| 183601 | 1900114051 | 11/22/1999 | | 13,931.42 | 200701 | CHEYENNE MOUNTAIN CONFERE | 34913 | | ACSON PRE-LAUNCH MEETING |
| Subtotal for Vendor 200701 | | | | 13,931.42 | | | | | |
| 183601 | 1900116573 | 12/10/1999 | | 836.00 | 211136 | SACRAMENTO BALLET | PATRON #543506 | | BALLET TICKETS |
| Subtotal for Vendor 211136 | | | | 836.00 | | | | | |
| 183601 | 1900117639 | 12/16/1999 | | 4,814.98 | 211356 | DOUBLE TREE GUEST SUITES | 90708/09/10/11 | | JIM POTTER MEETING |
| Subtotal for Vendor 211356 | | | | 4,814.98 | | | | | |
| Subtotal for Account 61500-0003 | | | | 20,943.96 | | Meetings-Meals & Entertainment | | | |

Account 61500-0020 Video Presentations-Meals & Entertainment

Confidential & Proprietary

```
03/13/2000                              ZFOCCA01 -- Cost Center Accounting Posting Report w/ Optional CO data

Run date  : 03/13/2000 10:47:10      SOLVAY PHARMACEUTICALS, INC       Program : ZFOCCA01
User name : USRMKPR1    PU2          Transaction Posting Report        Page    :      3

SUMMARY BY G/L ACCOUNT

Cost Ctr  DocNbr      PostDate   Int Ord      Amount    VenNum  Vendor Name                    Invoice #         Solvay PO    CO Comment

183601    1900114037  11/22/1999              1,563.50  211016  DAVEY'S LOCKER SPORT FISH      MTG11/13/99                    MTG11/13
Subtotal for Vendor 211016                    1,563.50

183601    1900115588  12/02/1999              1,000.00  211138  AMERICAN HEART ASSOCIATIO      GRANT12/99                     GRANT
Subtotal for Vendor 211138                    1,000.00

183601    1700003993  12/16/1999                400.00- 211322  SAN ANITA PARK                 DEPOSIT                        DEPOSIT REF#232662
183601    1900117483  12/16/1999                400.00  211322  SAN ANITA PARK                 DEPOSIT                        DEPOSIT REF#232662
183601    1900117484  12/16/1999                400.00  211322  SAN ANITA PARK                 DEPOSIT-232662                 DEPOSIT 232662
Subtotal for Vendor 211322                      400.00

Subtotal for Account 61500-0020               2,963.50          Video Presentations-Meals & Entertainment

Account 62300-0007 Employee Relations

81034     1900125351  02/16/2000                355.20  208146  QUORUM CONFERENCING            44084                          CONFERENCES
Subtotal for Vendor 208146                      355.20

183601    100187393   12/31/1999              1,625.00                                         GIFT CK RECLS                  GIFT CKS FOR THOMAS CAMP
Subtotal for Vendor                           1,625.00

Subtotal for Account 62300-0007               1,980.20          Employee Relations

Account 64420-0040 Honorariums & Grants-Local

81034     1900122710  02/01/2000              1,000.00  210489  BAYLOR COLLEGE OF MEDICIN      GRANT2/00                      GRANT
81034     1900122709  02/01/2000              1,000.00  210489  BAYLOR COLLEGE OF MEDICIN      GRANT2/00                      GRANT
81034     1900122708  02/01/2000              1,000.00  210489  BAYLOR COLLEGE OF MEDICIN      GRANT2/00                      GRANT
Subtotal for Vendor 210489                    3,000.00

81034     1900122712  02/01/2000              1,500.00  210866  Redacted                       HONOR3/28                      HONORARIUM
81034     1900122713  02/01/2000              1,500.00  210866                                 HONOR2/8                       HONORARIUM
81034     1900122716  02/01/2000              1,500.00  210866                                 HONOR3/9                       HONORARIUM
81034     1900122715  02/01/2000              1,500.00  210866                                 HONOR1/25                      HONORARIUM
81034     1900122714  02/01/2000              1,500.00  210866                                 HONOR2/23                      HONORARIUM
Subtotal for Vendor 210866                    7,500.00

81034     1900122706  02/01/2000              1,500.00  210908                                 HONOR2/00                      HONORARIUM
81034     1900122704  02/01/2000              2,000.00  210908                                 HONOR2/00                      HONORARIUM
81034     1900122737  03/01/2000              2,000.00  210908                                 HONOR2/16                      HONORARIUM
81034     1900125293  02/16/2000              2,000.00  210908                                 HONOR2/00                      HONORARIUM
```

Confidential & Proprietary

SOLCID0010870

```
03/13/2000                                 ZFOCCA01 — Cost Center Accounting Posting Report w/ Optional CO data                             18
Run date : 03/13/2000 10:47:10             SOLVAY PHARMACEUTICALS, INC              Program : ZFOCCA01
User name : USRMKPR1    FU2                Transaction Posting Report               Page    : 18

SUMMARY BY G/L ACCOUNT

Cost Ctr   DocNbr       PostDate    Int Ord    Amount    VenNum    Vendor Name       Invoice #        Solvay PO    CO Comment

81034      1900126568   03/01/2000             250.00    212158    Redacted          HONOR 2/00                    ACEON HONORARIUM
Subtotal for Vendor 212158                     250.00

81034      1900126569   03/01/2000             250.00    212159                      HONOR 2/00                    ACEON HONORARIUM
Subtotal for Vendor 212159                     250.00

81034      1900126570   03/01/2000             250.00    212160                      HONOR 2/00                    ACEON HONORARIUM
Subtotal for Vendor 212160                     250.00

81034      1900126571   03/01/2000             250.00    212161                      HONOR 2/00                    ACEON HONORARIUM
Subtotal for Vendor 212161                     250.00

81034      1900126572   03/01/2000             250.00    212162                      HONOR 2/00                    ACEON HONORARIUM
Subtotal for Vendor 212162                     250.00

81034      1900126573   03/01/2000             250.00    212163                      HONOR 2/00                    ACEON HONORARIUM
Subtotal for Vendor 212163                     250.00

81034      1900126574   03/01/2000             250.00    212164                      HONOR 2/00                    ACEON HONORARIUM
Subtotal for Vendor 212164                     250.00

81034      1900127590   03/07/2000             250.00    212210                      HONOR 03/00                   REGIONAL DINNER PROGRAM
Subtotal for Vendor 212210                     250.00

81034      1900127650   03/07/2000             250.00    212211                      HONOR 03/0200                 REGIONAL DINNER PROGRAM 03/00
Subtotal for Vendor 212211                     250.00

81034      1900127644   03/07/2000             250.00    212212                      HONOR 03/00                   REGIONAL DINNER PROGRAM 03/00
Subtotal for Vendor 212212                     250.00

81034      1900127646   03/07/2000             250.00    212213                      HONOR 03/00                   REGIONAL DINNER PROGRAM
Subtotal for Vendor 212213                     250.00

81034      1900127643   03/07/2000             250.00    212214                      HONOR 03/00                   REGIONAL DINNER PROGRAM 03/00
Subtotal for Vendor 212214                     250.00

81034      1900127642   03/07/2000             250.00    212215                      HONOR 03/00                   REGIONAL DINNER PROGRAM 03/00
Subtotal for Vendor 212215                     250.00

81034      1900127641   03/07/2000             250.00    212216                      HONOR 03/00                   REGIONAL DINNER PROGRAM 03/00
Subtotal for Vendor 212216                     250.00

81034      1900127640   03/07/2000             250.00    212217                      HONOR 03/00                   REGIONAL DINNER PROGRAM 03/00
Subtotal for Vendor 212217                     250.00

81034      1900127639   03/07/2000             250.00    212221    Dr. Ninety-six    HONOR 03/00                   REGIONAL DINNER PROGRAM
Subtotal for Vendor 212221                     250.00
```

Confidential & Proprietary