# EXHIBIT 144

50% Houston
30% Dallas     approx. 39/1hr Comp.     entire Southwest Region

## Southwest Region Check Request- February 2000

| Name | Speaker | Preceptorship | Solvay City | Speaker Training | Expert Interview | Current Prescriber |
|---|---|---|---|---|---|---|
| | | | | | 500 | y |
| | 4000 | | | | | y |
| | 1200 | | | | | y |
| | | | 300 | | | y |
| | 4000 | | | | | y |
| | | | 250 | | | y |
| | | | | | 400 | y |
| | 1000 | | | | | y |
| | 1000 | | | | | y |
| | | | | | 250 | y |
| | | | | | 500 | y |
| | | | | | 500 | y |
| | | | 250 | | | |
| | | | 250 | | | |
| | | | 100 | | | y |
| | | | 250 | | | y |
| | | | 250 | | | y |
| | | | | | 250 | y |
| | | | | | 250 | y |
| | | 400 | | | 250 | y |
| | | | 250 | | | y |
| | | | 250 | | | y |
| | | | 250 | | | y |
| | | | 250 | | | y |
| | | | 250 | | | y |
| | | | 250 | | 100 | |
| | | | 250 | | | |
| | | | 250 | | | |
| | | | 250 | | | |
| | | | 250 | | | |
| | | | 250 | | | |
| | | | 250 | | | |
| | | 500 | 250 | | | y |
| | | | 250 | | | y |
| | | | 250 | | | y |
| | | | | | 250 | y |
| | | | 250 | | | |
| | 700 | 750 | | | | y |
| | 750 | | | | 750 | y |
| | 500 | | | | 750 | y |
| | | | 250 | | | y |
| | | | 250 | | | |
| | | | 250 | | | y |
| | | | 250 | | | y |
| | | | 250 | | | |
| | | | 250 | | | y |
| | | | | | 500 | y |
| | | | | | 500 | y |
| | | | 250 | | | y |
| | | | 250 | | | y |
| | | | 250 | | | y |

**Redacted**

| | | | |
|---|---|---|---|
| | 250 | | y |
| | 250 | | y |
| | 250 | | y |
| | 250 | | |
| | 250 | | |
| | 250 | | |
| | 150 | | y |
| | 150 | | y |
| | 150 | | y |
| | 300 | | y |
| | 150 | | y |
| | | 300 | |
| | | 300 | |
| | | 300 | y |
| | 300 | 300 | y |
| | 300 | | |
| | 300 | | |
| | 300 | | |
| | 300 | | |
| | 300 | | y |
| | 300 | | y |
| | 300 | | |
| | 300 | | |
| | 250 | | y |
| | 300 | | y |
| | 250 | | y |
| | 250 | | y |
| | | 900 | y |
| 3000 | | | y |
| | | 400 | y |
| | | 600 | y |
| 3000 | | | y |
| 1300 | | | y |
| 1300 | | | y |
| 1000 | | | y |
| | | 500 | y |
| | 250 | | y |
| | 250 | | |
| | 250 | | y |
| | 250 | | |
| | 250 | | y |
| | 250 | | |
| | 250 | | |
| | 250 | | y |
| | 250 | | y |
| | 250 | | y |
| | 250 | | |
| | 250 | | y |
| | 250 | | |
| | 250 | | y |
| | 250 | | |
| | 250 | | |
| | 250 | | |
| | 250 | | |

**Redacted**

Confidential & Proprietary

| | | | | | | |
|---|---|---|---|---|---|---|
| Doctor Twenty-three | | | | | 500 | |
| | | | 250 | | | |
| | | | 250 | | | |
| | | | 250 | | | y |
| | | | 250 | | | y |
| | | | 250 | | | |
| | | n | | | 300 | y |
| | | | | | 400 | y |
| | | | | | 300 | y |
| | | | | | 300 | |
| | | | 250 | | | y |
| | | | 250 | | | y |
| | | | 250 | | | |
| | | | 250 | | | |
| | | | 250 | | | |
| | | | 250 | | | |
| Redacted | | | 250 | | | y |
| | | | 250 | | | y |
| | | | 250 | | | |
| | | | 100 | | | |
| | | | 250 | | | |
| | | | 250 | | | y |
| | | | 250 | | | y |
| | | | 250 | | | |
| | | | 250 | | | y |
| | | | 250 | | | |
| | | | 250 | | | |
| | | | 250 | | | |
| | 1000 | | | | | y |
| | 1500 | | | | | y |
| **TOTAL** | **25250** | **1650** | **24150** | **0** | **11150** | |

*(handwritten: total expenditure $24K)*