**EXHIBITS CONTINUED**

*Exhibits to [233] Memorandum in Support of [232] Motion for Partial Summary Judgment*