UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| ex rel. John King and Jane Doe, et al., | § | |
| | § | |
| *Plaintiffs,* | § | |
| vs. | § | CIVIL ACTION NO. 06-2662 |
| | § | |
| SOLVAY S.A., et al., | § | |
| | § | |
| *Defendants.* | § | |

## DEFENDANT SOLVAY PHARMACEUTICALS, INC.'S
## RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT
## <u>ON RELATORS' P&T-COMMITTEE-INFLUENCE THEORY</u>

Pursuant to Federal Rule of Civil Procedure 56, Defendant Solvay Pharmaceuticals, Inc. ("SPI") hereby moves for partial summary judgment on claims made by John King and Tammy Drummond (collectively, "Relators") against SPI in Relators' Fifth Amended Complaint. The bases for partial summary judgment on Relators' P&T-Committee-Influence theory are, as detailed in the accompanying memorandum of law, that there are no genuine issues of material fact and SPI is entitled to judgment as a matter of law.

Pursuant to L.R.7.5, SPI requests oral argument on this motion.

1

Dated:  October 7, 2014                    Respectfully submitted,

                                             ABBVIE PRODUCTS, LLC, f/k/a
                                             SOLVAY PHARMACEUTICAL, INC.

                                             By its Attorneys,
                                             HOGAN LOVELLS US LLP

                                             /s/ Bruce D. Oakley
                                             Bruce D. Oakley
                                             Texas Bar No. 15156900
                                             Southern District No.  11824
                                             700 Louisiana Street, Suite 4300
                                             Houston, Texas 77002
                                             Tel.: (713) 632-1420
                                             Fax: (713) 632-1401
                                             Email: bruce.oakley@hoganlovells.com

**ATTORNEY-IN-CHARGE FOR**
**ABBVIE PRODUCTS, LLC, f/k/a**
**SOLVAY PHARMACEUTICAL, INC.**

**Of Counsel:**

Jonathan L. Diesenhaus (pro hac vice)
Jessica L. Ellsworth (pro hac vice)
555 Thirteenth Street, NW
Washington, DC 20004
Tel.: (202) 637-5600
Fax: (202) 637-5910
Email: jonathan.diesenhaus@hoganlovells.com
Email: jessica.ellsworth@hoganlovells.com

## **CERTIFICATE OF SERVICE**

On the 7th day of October 2014, a copy of Defendant Solvay Pharmaceuticals, Inc.s' Renewed Motion for Partial Summary Judgment on Relators' P&T-Committee-Influence Theory was filed electronically using the Court's Electronic Case Filing System.  Notice of this filing will be sent electronically to counsel of record using the Court's electronic notification system. Parties may access this filing through the Court's Electronic Case Filing System.

                                          s/ Bruce D. Oakley
                                          Bruce D. Oakley