**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
|     *ex rel.* John King & Tammy Drummond | § | |
|     and John King & Tammy Drummond, | § | |
|     Individually, *et al.* | § | |
| | § | CIVIL ACTION No. 06-2662 |
|         Plaintiffs, | § | TRANSFERRED FROM EASTERN |
| v. | § | DISTRICT OF PENNSYLVANIA |
| | § | |
| SOLVAY S.A. *et al.*, | § | CIVIL ACTION No. 03-3561 |
| | § | |
|         Defendants. | § | |

## SUPPLEMENTAL DECLARATION OF JOEL M. ANDROPHY

I, Joel M. Androphy, declare as follows:

1.  After the Court's ruling on March 3, 2015, I reviewed my billing sheets because I felt certain the FDA would never have allowed two of its agents (Mark Supple and Michael Cummins) to travel to Houston from the DC area unless they knew what our case was about in advance. In fact, in my 20 years of experience in *qui tam* litigation, even local agents have not met with us without first discussing allegations at length.

2.  My billing records, entered concurrently with the event, state that on March 27, 2003, I spent 1.5 hours reviewing documents John King provided to us and discussing our allegations with Agent Supple. That was more than 2 months before I filed the qui tam case on June 10, 2003. See Exhibit A, Androphy Billing Records. I do not have an independent memory of the call, but there was no other purpose than to encourage the FDA to investigate the allegations about the three drugs at issue in this case, including off-label marketing and kickbacks.

3.  I spoke to the FDA investigators three other times before the June 9 meeting in Houston about which I earlier attested, on June 2, 4, and 5, 2003. See Exhibit A, Androphy billing records. I do not recall the length of the discussions, but these conversations would have discussed allegations in more detail as I was in the process of preparing the complaint, a formal disclosure statement. organizing my exhibits, and preparing a power point presentation for the meeting with the FDA. My time entries substantiate the hours of total preparation and discussion.

4. I have just read Lori King's declaration of March 12 in this case. Before I heard from John King on March 6, 2015, about the information Lori details in this declaration, I did not know about the existence of John King's multiple substantive conversations with FBI agents during this time period. I did speak with the Relators regarding the communications with the Government they remembered, and also searched firm files and emails for pertinent information about any disclosures during this early time frame. John King did not remember the conversations at that point, and we have no record of them in our files or emails.

5. I declare under penalty of perjury that the foregoing is true and correct.

3-12-15
_____
Dated

_____
Joel M. Androphy

3/4/2015
1:40 PM

BERG & ANDROPHY
Slip Listing

Page 1

Selection Criteria

| | |
|---|---|
| Clie.Selection | Include: King |
| Acti.Selection | Include: Contingent Fee; Preparation; Referral Fee; Retainer |
| Slip.Date | 1/1/2003 - 12/31/2003 |
| Slip.Classification | Open |

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| Rate Info - identifies rate source and level | | | | |
| 20695 1/21/2003 WIP Whistleblower/retaliation statute reasearch for King file. | TIME Lance Preparation King | 3.00 0.00 0.00 0.00 | 195.00 C@10 | 585.00 |
| 20730 1/23/2003 WIP Visit with client | TIME JMA Preparation King | 2.50 0.00 2.50 0.00 | 895.00 C@1 | 2237.50 |
| 20734 1/25/2003 WIP Visit with client | TIME JMA Preparation King | 8.00 0.00 8.00 0.00 | 895.00 C@1 | 7160.00 |
| 20738 1/25/2003 WIP Telephone conference with counsel regarding facts/law | TIME JMA Preparation King | 1.00 0.00 1.00 0.00 | 895.00 C@1 | 895.00 |
| 20767 1/23/2003 WIP King - read complaint, conference with JMA, research. | TIME Lance Preparation King | 1.00 0.00 0.00 0.00 | 195.00 C@10 | 195.00 |
| 20769 1/27/2003 WIP King - Researched Retaliation claim, wrote memo. | TIME Lance Preparation King | 1.00 0.00 0.00 0.00 | 195.00 C@10 | 195.00 |
| 20770 1/27/2003 WIP King - Researched Retaliation claim, wrote memo, conference call with client. | TIME Lance Preparation King | 2.75 0.00 0.00 0.00 | 195.00 C@10 | 536.25 |

3/4/2015
1:40 PM

BERG & ANDROPHY
Slip Listing

Page   2

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 20773 1/28/2003 WIP — King - read materials on Medicaid, Medicare, client materials. | Lance Preparation King | 1.50 0.00 0.00 0.00 | 195.00 C@10 | 292.50 |
| 20805 1/27/2003 WIP — Telephone conference with client and co-counsel; review file | JMA Preparation King | 1.50 0.00 1.50 0.00 | 895.00 C@1 | 1342.50 |
| 20853 1/29/2003 WIP — Read client materials, preparation of Disclosure Statement | Lance Preparation King | 3.25 0.00 0.00 0.00 | 195.00 C@10 | 633.75 |
| 20858 2/3/2003 WIP — King - conference with JMA and Mark Kleiman, researched case law. | Lance Preparation King | 3.00 0.00 0.00 0.00 | 195.00 C@10 | 585.00 |
| 20877 2/3/2003 WIP — Status conference regarding legal issues and telephone conference with co-counsel; review case law regarding public disclosure and original source; conference regarding fee agreement | JMA Preparation King | 2.00 0.00 2.00 0.00 | 895.00 C@1 | 1790.00 |
| 20886 2/4/2003 WIP — Legal issues; telephone conference with Kleiman | JMA Preparation King | 0.50 0.00 0.50 0.00 | 895.00 C@1 | 447.50 |
| 20889 2/5/2003 WIP — Review emails and documents | JMA Preparation King | 0.50 0.00 0.50 0.00 | 895.00 C@1 | 447.50 |
| 20900 2/6/2003 WIP — Telephone conference with Brewsters and P. King | JMA Preparation King | 0.50 0.00 0.50 0.00 | 895.00 C@1 | 447.50 |

3/4/2015
1:40 PM

BERG & ANDROPHY
Slip Listing

Page 3

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate Info / Rate / Bill Status | Slip Value |
|---|---|---|---|---|
| 20926 1/29/2003 WIP Preparation of Disclosure Statement. TIME | Lance Preparation King | 3.25 0.00 0.00 0.00 | 195.00 C@10 | 633.75 |
| 20930 2/3/2003 WIP Researched case law, conference with JMA and Mark Kleiman. TIME | Lance Preparation King | 3.00 0.00 0.00 0.00 | 195.00 C@10 | 585.00 |
| 21067 2/12/2003 WIP Summarized disclosure documents. TIME | Lance Preparation King | 4.25 0.00 0.00 0.00 | 195.00 C@10 | 828.75 |
| 21068 2/13/2003 WIP Summarized disclosure documents. TIME | Lance Preparation King | 2.75 0.00 0.00 0.00 | 195.00 C@10 | 536.25 |
| 21069 2/16/2003 WIP Summarized disclosure documents. TIME | Lance Preparation King | 5.00 0.00 0.00 0.00 | 195.00 C@10 | 975.00 |
| 21125 2/11/2003 WIP Conference with JMA and Mark Kleiman. TIME | JMA Preparation King | 0.50 0.00 0.50 0.00 | 895.00 C@1 | 447.50 |
| 21141 2/14/2003 WIP Review case law TIME | JMA Preparation King | 1.00 0.00 1.00 0.00 | 895.00 C@1 | 895.00 |
| 21297 2/17/2003 WIP Review issues TIME | Lance Preparation King | 7.75 0.00 1.00 0.00 | 195.00 C@10 | 1511.25 |
| 21299 2/18/2003 WIP Meeting with JMA, Mark Kleiman and Leslie; work on damage models; review of disclosure documents. TIME | Lance Preparation King | 2.75 0.00 0.00 0.00 | 195.00 C@10 | 536.25 |
| 21301 2/19/2003 WIP Review of disclosure documents; prepared memo on damage models. TIME | Lance Preparation King | 1.00 0.00 0.00 0.00 | 195.00 C@10 | 195.00 |

3/4/2015
1:40 PM

BERG & ANDROPHY
Slip Listing

Page   4

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 21305<br>2/21/2003<br>WIP<br>Phone conference with Stephanie Kleiman; preparation for trip to Florida. | Lance<br>Preparation<br>King | 14.00<br>0.00<br>0.00<br>0.00 | 195.00<br>C@10 | 2730.00 |
| 21352<br>2/17/2003<br>WIP<br>Travel to Pensacola, meeting with Tammy Drummond, reviewed disclosure documents, return travel to Houston. | Lesley H<br>Preparation<br>King | 3.50<br>0.00<br>3.50<br>0.00 | 295.00<br>C@3 | 1032.50 |
| 21378<br>2/16/2003<br>WIP<br>Analyze medicaid and medicare issues | JMA<br>Preparation<br>King | 5.00<br>0.00<br>5.00<br>0.00 | 895.00<br>C@1 | 4475.00 |
| 21379<br>2/17/2003<br>WIP<br>Review liability theories; meeting with Kleiman to discuss liability and drugs; review theories with client | JMA<br>Preparation<br>King | 6.00<br>0.00<br>6.00<br>0.00 | 895.00<br>C@1 | 5370.00 |
| 21386<br>2/18/2003<br>WIP<br>Review emails regarding different drugs | JMA<br>Preparation<br>King | 1.00<br>0.00<br>1.00<br>0.00 | 895.00<br>C@1 | 895.00 |
| 21392<br>2/19/2003<br>WIP<br>Review documents | JMA<br>Preparation<br>King | 0.50<br>0.00<br>0.50<br>0.00 | 895.00<br>C@1 | 447.50 |
| 21399<br>2/20/2003<br>WIP<br>Review documents and telephone conference with witness | JMA<br>Preparation<br>King | 1.00<br>0.00<br>1.00<br>0.00 | 895.00<br>C@1 | 895.00 |
| 21404<br>2/21/2003<br>WIP<br>Review documents and telephone conference with new relator | JMA<br>Preparation<br>King | 2.00<br>0.00<br>2.00<br>0.00 | 895.00<br>C@1 | 1790.00 |

3/4/2015
1:40 PM

BERG & ANDROPHY
Slip Listing

Page    5

| Slip ID | Dates and Time Posting Status | Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Info Rate Status Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 21407 | 2/22/2003 WIP | Review factual and legal issues | TIME JMA Preparation King | 1.50 0.00 1.50 0.00 | 895.00 C@1 | 1342.50 |
| 21408 | 2/23/2003 WIP | Review factual and legal issues | TIME JMA Preparation King | 1.50 0.00 1.50 0.00 | 895.00 C@1 | 1342.50 |
| 21455 | 2/28/2003 WIP | Meeting with Tammy Drummond | TIME JMA Preparation King | 10.50 0.00 10.50 0.00 | 895.00 C@1 | 9397.50 |
| 21578 | 3/8/2003 WIP | Disclosure Statement | TIME Mark Preparation King | 2.00 0.00 2.00 0.00 | 395.00 C@4 | 790.00 |
| 21609 | 3/3/2003 WIP | Review file; telephone conference with Mark Kleiman and client, emails with client regarding causes of action | TIME JMA Preparation King | 2.00 0.00 2.00 0.00 | 895.00 C@1 | 1790.00 |
| 21611 | 3/4/2003 WIP | Telephone conference with client regarding litigation issues and bars to recovery | TIME JMA Preparation King | 2.50 0.00 2.50 0.00 | 895.00 C@1 | 2237.50 |
| 21617 | 3/5/2003 WIP | Review legal issues | TIME JMA Preparation King | 2.50 0.00 2.50 0.00 | 895.00 C@1 | 2237.50 |
| 21623 | 3/6/2003 WIP | Review legal issues regarding public disclosure and original source | TIME JMA Preparation King | 2.00 0.00 2.00 0.00 | 895.00 C@1 | 1790.00 |
| 21660 | 3/10/2003 WIP | Preparation of disclosure statement | TIME Mark Preparation King | 8.00 0.00 8.00 0.00 | 395.00 C@4 | 3160.00 |

3/4/2015
1:40 PM

**BERG & ANDROPHY**
Slip Listing

Page   6

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 21661 3/12/2003 WIP Preparation of disclosure statement | Mark Preparation King | 9.00 0.00 9.00 0.00 | 395.00 C@4 | 3555.00 |
| 21670 2/26/2003 WIP Review disclosure documents. | Lance Preparation King | 3.75 0.00 0.00 0.00 | 195.00 C@10 | 731.25 |
| 21672 2/27/2003 WIP Review disclosure documents. | Lance Preparation King | 3.50 0.00 0.00 0.00 | 195.00 C@10 | 682.50 |
| 21673 2/28/2003 WIP Travel to Pensecola, meeting with Tammy Drummond. | Lance Preparation King | 12.00 0.00 0.00 0.00 | 195.00 C@10 | 2340.00 |
| 21675 3/8/2003 WIP Meeting with Mark Correro, review of case documents. | Lance Preparation King | 2.00 0.00 0.00 0.00 | 195.00 C@10 | 390.00 |
| 21677 3/11/2003 WIP Review and organization of disclosure documents. | Lance Preparation King | 4.50 0.00 0.00 0.00 | 195.00 C@10 | 877.50 |
| 21678 3/12/2003 WIP Drafting of disclosure statement. | Lance Preparation King | 4.50 0.00 0.00 0.00 | 195.00 C@10 | 877.50 |
| 21679 3/13/2003 WIP Drafting of disclosure statement. | Lance Preparation King | 6.75 0.00 0.00 0.00 | 195.00 C@10 | 1316.25 |
| 21704 3/10/2003 WIP Review legal issues | JMA Preparation King | 1.00 0.00 1.00 0.00 | 895.00 C@1 | 895.00 |
| 21719 3/13/2003 WIP Conference regarding disclosures regarding | JMA Preparation King | 1.00 0.00 1.00 0.00 | 895.00 C@1 | 895.00 |

3/4/2015
1:40 PM

**BERG & ANDROPHY**
Slip Listing

Page 7

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 21720 / 3/14/2003 / WIP / Issues regarding pending federal litigation and disclosure statement, review emails and documents | TIME / JMA / Preparation / King | 1.50 / 0.00 / 1.50 / 0.00 | 895.00 / C@1 | 1342.50 |
| 21843 / 3/17/2003 / WIP / Draft release for Henry Brewster | TIME / Elizabeth / Preparation / King | 1.00 / 0.00 / 1.00 / 0.00 | 395.00 / C@4 | 395.00 |
| 21947 / 3/17/2003 / WIP / Preparation of disclosure statement | TIME / Mark / Preparation / King | 3.00 / 0.00 / 3.00 / 0.00 | 395.00 / C@4 | 1185.00 |
| 21949 / 3/11/2003 / WIP / Preparation of disclosure statement | TIME / Mark / 3/21/2003 / Preparation / King | 10.00 / 0.00 / 10.00 / 0.00 | 395.00 / C@4 | 3950.00 |
| 21951 / 3/13/2003 / WIP / Preparation of Disclosure | TIME / Mark / Preparation / King | 7.00 / 0.00 / 7.00 / 0.00 | 395.00 / C@4 | 2765.00 |
| 21981 / 3/21/2003 / WIP / Review disclosure statement and documents | TIME / JMA / Preparation / King | 2.50 / 0.00 / 2.50 / 0.00 | 895.00 / C@1 | 2237.50 |
| 21984 / 3/23/2003 / WIP / Review disclosure and supporting documents | TIME / JMA / Preparation / King | 2.00 / 0.00 / 2.00 / 0.00 | 895.00 / C@1 | 1790.00 |
| 22009 / 3/14/2003 / WIP / Disclosure statement | TIME / Lance / Preparation / King | 1.75 / 0.00 / 1.75 / 0.00 | 195.00 / C@10 | 341.25 |
| 22010 / 3/14/2003 / WIP / Conference with Joel Androphy and Mark Kleiman | TIME / Lance / Preparation / King | 1.00 / 0.00 / 1.00 / 0.00 | 195.00 / C@10 | 195.00 |

3/4/2015
1:40 PM

BERG & ANDROPHY
Slip Listing

Page 8

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 2011 / 3/14/2003 / WIP / Disclosure | TIME / Lance / Preparation / King | 2.50 / 0.00 / 2.50 / 0.00 | 195.00 / C@10 | 487.50 |
| 2012 / 3/16/2003 / WIP / Disclosure | TIME / Lance / Preparation / King | 4.00 / 0.00 / 4.00 / 0.00 | 195.00 / C@10 | 780.00 |
| 2013 / 3/17/2003 / WIP / Disclosure | TIME / Lance / Preparation / King | 5.50 / 0.00 / 5.50 / 0.00 | 195.00 / C@10 | 1072.50 |
| 2014 / 3/18/2003 / WIP / Disclosure | TIME / Lance / Preparation / King | 1.00 / 0.00 / 1.00 / 0.00 | 195.00 / C@10 | 195.00 |
| 2015 / 3/19/2003 / WIP / Disclosure | TIME / Lance / Preparation / King | 2.00 / 0.00 / 2.00 / 0.00 | 195.00 / C@10 | 390.00 |
| 22132 / 3/24/2003 / WIP / Review exhibits and disclosure. | TIME / Lance / Preparation / King | 1.50 / 0.00 / 1.50 / 0.00 | 895.00 / C@1 | 1342.50 |
| 22143 / 3/27/2003 / WIP / Telephone conference with FDA and review documents. | TIME / JMA / Preparation / King | 1.50 / 0.00 / 1.50 / 0.00 | 895.00 / C@1 | 1342.50 |
| 22269 / 3/24/2003 / WIP / Discolsure. | TIME / Lance / Preparation / King | 3.50 / 0.00 / 3.50 / 0.00 | 195.00 / C@10 | 682.50 |
| 22597 / 4/7/2003 / WIP / Review documents. | TIME / JMA / Preparation / King | 1.00 / 0.00 / 1.00 / 0.00 | 895.00 / C@1 | 895.00 |
| 22707 / 4/23/2003 / WIP / Review the drug war document. | TIME / Mark / Preparation / King | 0.75 / 0.00 / 0.75 / 0.00 | 395.00 / C@4 | 296.25 |

3/4/2015
1:40 PM

BERG & ANDROPHY
Slip Listing

Page   9

| Slip ID | Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|
| 22711 | 4/28/2003 WIP Create a King_Drummond Index that will be a topical index. | Mark Preparation King | 3.00 0.00 3.00 0.00 | 395.00 C@4 | 1185.00 |
| 22712 | 4/30/2003 WIP Create a King_Drummond Index that will be a topical index. | Mark Preparation King | 5.00 0.00 5.00 0.00 | 395.00 C@4 | 1975.00 |
| 22780 | 4/29/2003 WIP Telephone conference with client. | JMA Preparation King | 0.30 0.00 0.30 0.00 | 895.00 C@1 | 268.50 |
| 23047 | 5/15/2003 WIP Organize case documents in preparation for filing complaint. | Tracy Preparation King | 8.00 0.00 8.00 0.00 | 195.00 C@16 | 1560.00 |
| 23048 | 5/16/2003 WIP Complete organization of case documents. | Tracy Preparation King | 7.00 0.00 7.00 0.00 | 195.00 C@16 | 1365.00 |
| 23049 | 5/2/2003 WIP King_Drummond Index | Mark Preparation King | 4.00 0.00 4.00 0.00 | 395.00 C@4 | 1580.00 |
| 23050 | 5/17/2003 WIP King Disclosure | Mark Preparation King | 1.00 0.00 1.00 0.00 | 395.00 C@4 | 395.00 |
| 23051 | 5/19/2003 WIP King Disclosure | Mark Preparation King | 9.00 0.00 9.00 0.00 | 395.00 C@4 | 3555.00 |
| 23052 | 5/20/2003 WIP King Disclosure | Mark Preparation King | 8.00 0.00 8.00 0.00 | 395.00 C@4 | 3160.00 |

3/4/2015
1:40 PM

BERG & ANDROPHY
Slip Listing

Page   10

| Slip ID | Dates and Time | Posting Status | Description | Timekeeper | Activity | Client | Reference | Units | DNB Time | Est. Time | Variance | Rate | Rate Info | Bill Status | Slip Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23053 | 5/21/2003 | WIP | King Disclosure | Mark | Preparation | King | | 8.00 | 0.00 | 8.00 | 0.00 | 395.00 | C@4 | | 3160.00 |
| 23082 | 5/14/2003 | WIP | Prepare for meeting and for amended draft disclosure statement. | JMA | Preparation | King | | 2.00 | 0.00 | 2.00 | 0.00 | 895.00 | C@1 | | 1790.00 |
| 23091 | 5/23/2003 | WIP | Review legal articles regarding false labeling issues. | JMA | Preparation | King | | 1.50 | 0.00 | 1.50 | 0.00 | 895.00 | C@1 | | 1342.50 |
| 23088 | 5/17/2003 | WIP | Preparation for meeting. | JMA | Preparation | King | | 1.50 | 0.00 | 1.50 | 0.00 | 895.00 | C@1 | | 1342.50 |
| 23093 | 5/19/2003 | WIP | Preparation for filing of complaint and disclosure statement-review exhibits. | JMA | Preparation | King | | 8.00 | 0.00 | 8.00 | 0.00 | 895.00 | C@1 | | 7160.00 |
| 23092 | 5/18/2003 | WIP | Preparation for disclosure. | JMA | Preparation | King | | 4.00 | 0.00 | 4.00 | 0.00 | 895.00 | C@1 | | 3580.00 |
| 23096 | 5/20/2003 | WIP | Review disclosure materials. | JMA | Preparation | King | | 1.50 | 0.00 | 1.50 | 0.00 | 895.00 | C@1 | | 1342.50 |
| 23100 | 5/21/2003 | WIP | Review disclosure materials. | JMA | Preparation | King | | 1.50 | 0.00 | 1.50 | 0.00 | 895.00 | C@1 | | 1342.50 |
| 23105 | 5/22/2003 | WIP | Review disclosure materials. | JMA | Preparation | King | | 2.00 | 0.00 | 2.00 | 0.00 | 895.00 | C@1 | | 1790.00 |
| 23108 | 5/19/2003 | WIP | Attend meeting with Mark Kleiman; assist with | Tracy | Preparation | King | | 9.00 | 0.00 | 9.00 | 0.00 | 195.00 | C@16 | | 1755.00 |

3/4/2015
1:40 PM

**BERG & ANDROPHY**
Slip Listing

Page   11

preparation of disclosure.

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 23110<br>5/20/2003<br>WIP<br>Draft witness list; continue assisting with preparation of disclosure. | Tracy<br>Preparation<br>King | 7.00<br>0.00<br>7.00<br>0.00 | 195.00<br>C@16 | 1365.00 |
| 23114<br>5/21/2003<br>WIP<br>Review documents provided by Drummond in preparation for disclosures. | Tracy<br>Preparation<br>King | 5.00<br>0.00<br>5.00<br>0.00 | 195.00<br>C@16 | 975.00 |
| 23266<br>5/25/2003<br>WIP<br>Review legal issues regarding claims. | JMA<br>Preparation<br>King | 2.00<br>0.00<br>2.00<br>0.00 | 895.00<br>C@1 | 1790.00 |
| 23269<br>5/26/2003<br>WIP<br>Review disclosure key documents and telephone conference with co-counsel. | JMA<br>Preparation<br>King | 1.50<br>0.00<br>1.50<br>0.00 | 895.00<br>C@1 | 1342.50 |
| 23271<br>5/27/2003<br>WIP<br>Review disclosure exhibits and legal issues. | JMA<br>Preparation<br>King | 3.50<br>0.00<br>3.50<br>0.00 | 895.00<br>C@1 | 3132.50 |
| 23275<br>5/28/2003<br>WIP<br>Preparation of disclosure statement and complaint; telephone conference with clients. | JMA<br>Preparation<br>King | 4.00<br>0.00<br>4.00<br>0.00 | 895.00<br>C@1 | 3580.00 |
| 23311<br>5/28/2003<br>WIP<br>Assist with preparation of complaint and Pro Hac Vices. | Tracy<br>Preparation<br>King | 5.00<br>0.00<br>5.00<br>0.00 | 195.00<br>C@16 | 975.00 |
| 23316<br>5/29/2003<br>WIP<br>Assist with preparation of complaint. | Tracy<br>Preparation<br>King | 4.50<br>0.00<br>4.50<br>0.00 | 195.00<br>C@16 | 877.50 |
| 23317<br>5/30/2003<br>WIP<br>Assist with preparation of complaint. | Tracy<br>Preparation<br>King | 1.50<br>0.00<br>1.50<br>0.00 | 195.00<br>C@16 | 292.50 |

3/4/2015
1:40 PM

BERG & ANDROPHY
Slip Listing

Page   12

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 23319 5/22/2003 WIP Disclosure. | Mark Preparation King | 8.00 8.00 0.00 | 395.00 C@4 | 3160.00 |
| 23320 5/23/2003 WIP Binder. | Mark Preparation King | 8.00 8.00 0.00 | 395.00 C@4 | 3160.00 |
| 23321 5/27/2003 WIP Legal theories and binder. | Mark Preparation King | 10.00 10.00 0.00 | 395.00 C@4 | 3950.00 |
| 23322 5/28/2003 WIP Legal theories and binder. | Mark Preparation King | 8.00 8.00 0.00 | 395.00 C@4 | 3160.00 |
| 23323 5/29/2003 WIP Complaint, binder and disclosure statement. | Mark Preparation King | 8.00 8.00 0.00 | 395.00 C@4 | 3160.00 |
| 23324 5/30/2003 WIP Complaint, binder and disclosure statement. | Mark Preparation King | 8.00 8.00 0.00 | 395.00 C@4 | 3160.00 |
| 23464 6/2/2003 WIP Assisted in disclosure statement. | Becky Preparation King | 1.00 1.00 0.00 | 195.00 C@5 | 195.00 |
| 23465 6/3/2003 WIP Continued in preparing disclosure statement and table of contents. | Becky Preparation King | 2.00 2.00 0.00 | 195.00 C@5 | 390.00 |
| 23468 6/5/2003 WIP Update witness list; assist with preparation of disclosure. | Tracy Preparation King | 3.50 3.50 0.00 | 195.00 C@16 | 682.50 |
| 23471 6/6/2003 WIP Assist with preparation of disclosure for service. | Tracy Preparation King | 2.25 2.25 0.00 | 195.00 C@16 | 438.75 |

3/4/2015
1:40 PM

BERG & ANDROPHY
Slip Listing

Page    13

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate Info / Rate / Bill Status | Slip Value |
|---|---|---|---|---|
| 23476<br>6/2/2003<br>WIP<br>Review complaint and disclosure statement and state issues; review case and statutory law; telephone conference with FDA. | TIME<br><br>JMA<br>Preparation<br>King | 2.00<br>0.00<br>2.00<br>0.00 | 895.00<br>C@1 | 1790.00 |
| 23478<br>6/3/2003<br>WIP<br>Preparation of complaint and disclosure; review statutory of case law; telephone conference with client. | TIME<br><br>JMA<br>Preparation<br>King | 2.50<br>0.00<br>2.50<br>0.00 | 895.00<br>C@1 | 2237.50 |
| 23483<br>6/4/2003<br>WIP<br>Telephone conference with FDA, review exhibits for the disclosure statement. | TIME<br><br>JMA<br>Preparation<br>King | 3.00<br>0.00<br>3.00<br>0.00 | 895.00<br>C@1 | 2685.00 |
| 23488<br>6/5/2003<br>WIP<br>Review power point, exhibits and telephone conference with FDA and co-counsel. | TIME<br><br>JMA<br>Preparation<br>King | 2.00<br>0.00<br>2.00<br>0.00 | 895.00<br>C@1 | 1790.00 |
| 23491<br>6/6/2003<br>WIP<br>Review power point of disclosure exhibits. | TIME<br><br>JMA<br>Preparation<br>King | 3.50<br>0.00<br>3.50<br>0.00 | 895.00<br>C@1 | 3132.50 |
| 23518<br>6/3/2003<br>WIP<br>Met with MC to discuss powerpoint presentation for FDA meeting. Developed presentation. | TIME<br><br>Thomas<br>Preparation<br>King | 4.50<br>0.00<br>0.00<br>0.00 | 395.00<br>C@4 | 1777.50 |
| 23519<br>6/4/2003<br>WIP<br>Met with MC to discuss powerpoint presentation for FDA meeting. Developed presentation. | TIME<br><br>Thomas<br>Preparation<br>King | 7.50<br>0.00<br>0.00<br>0.00 | 395.00<br>C@4 | 2962.50 |
| 23520<br>6/5/2003<br>WIP<br>Developed presentation, met with MC and JMA. | TIME<br><br>Thomas<br>Preparation<br>King | 3.50<br>0.00<br>0.00<br>0.00 | 395.00<br>C@4 | 1382.50 |

3/4/2015
1:40 PM

BERG & ANDROPHY
Slip Listing

Page    14

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 23522 6/6/2003 WIP Developed presentation, met with MC and JMA. | Thomas Preparation King | 0.50 0.00 0.00 0.00 | 395.00 C@4 | 197.50 |
| 23570 6/2/2003 WIP King Complaint & Disclosure Statement | Mark Preparation King | 7.00 0.00 7.00 0.00 | 395.00 C@4 | 2765.00 |
| 23571 6/3/2003 WIP King Complaint & Power Point | Mark Preparation King | 8.00 0.00 8.00 0.00 | 395.00 C@4 | 3160.00 |
| 23572 6/4/2003 WIP King Complaint & Power Point | Mark Preparation King | 5.00 0.00 5.00 0.00 | 395.00 C@4 | 1975.00 |
| 23573 6/4/2003 WIP Binder of Qui Tam Law | Mark Preparation King | 3.00 0.00 3.00 0.00 | 395.00 C@4 | 1185.00 |
| 23574 6/5/2003 WIP Phone Conversation with John King | Mark Preparation King | 1.10 0.00 1.10 0.00 | 395.00 C@4 | 434.50 |
| 23575 6/5/2003 WIP Binder of Qui Tam Law | Mark Preparation King | 3.00 0.00 3.00 0.00 | 395.00 C@4 | 1185.00 |
| 23576 6/5/2003 WIP King Complaint and Disclosure Statement | Mark Preparation King | 5.00 0.00 5.00 0.00 | 395.00 C@4 | 1975.00 |
| 23577 6/6/2003 WIP King Complaint and Disclosure Statement | Mark Preparation King | 9.00 0.00 9.00 0.00 | 395.00 C@4 | 3555.00 |
| 23578 6/9/2003 WIP Meeting with the FDA, John King, and Tammy Drummond | Mark Preparation King | 9.50 0.00 9.50 0.00 | 395.00 C@4 | 3752.50 |

3/4/2015
1:40 PM

BERG & ANDROPHY
Slip Listing

Page   15

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate Info / Rate / Bill Status | Slip Value |
|---|---|---|---|---|
| 23614 6/13/2003 WIP Memo for Joel on Southland. | TIME Mark Preparation King | 3.00 0.00 3.00 0.00 | 395.00 C@4 | 1185.00 |
| 23615 6/16/2003 WIP Update and correct power point presentation for Phil. | TIME Mark Preparation King | 2.00 0.00 2.00 0.00 | 395.00 C@4 | 790.00 |
| 23632 6/8/2003 WIP Preparation for FDA meeting. | TIME JMA Preparation King | 2.50 0.00 2.50 0.00 | 895.00 C@1 | 2237.50 |
| 23633 6/9/2003 WIP Meeting with FDA and preparation of complaint. | TIME JMA Preparation King | 10.00 0.00 10.00 0.00 | 895.00 C@1 | 8950.00 |
| 23639 6/11/2003 WIP Review of supplemental materials. | TIME JMA Preparation King | 1.00 0.00 1.00 0.00 | 895.00 C@1 | 895.00 |
| 23641 6/12/2003 WIP Review of supplemental materials. | TIME JMA Preparation King | 1.50 0.00 1.50 0.00 | 895.00 C@1 | 1342.50 |
| 23645 6/13/2003 WIP Review supplemental materials and issues. | TIME JMA Preparation King | 2.00 0.00 2.00 0.00 | 895.00 C@1 | 1790.00 |
| 23647 6/9/2003 WIP Prepare complaint for filing. | TIME Tracy Preparation King | 5.00 0.00 5.00 0.00 | 195.00 C@16 | 975.00 |
| 23651 6/10/2003 WIP Prepare and forward disclosure statement to US Attorney in Philadelphia and Department of Justice in Washington D.C. | TIME Tracy Preparation King | 4.00 0.00 4.00 0.00 | 195.00 C@16 | 780.00 |
| 23656 6/12/2003 WIP Forward complaint to Department of Justice in | TIME Tracy Preparation King | 1.50 0.00 1.50 0.00 | 195.00 C@16 | 292.50 |

3/4/2015
1:40 PM

**BERG & ANDROPHY**
Slip Listing

Page    16

...Washington, D.C. and US Attorney in Philadelphia.

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units | DNB Time | Est. Time | Variance | Rate / Rate Info | Bill Status | Slip Value |
|---|---|---|---|---|---|---|---|---|
| 23763 / 6/17/2003 / WIP / Review supplemental documents. | JMA / Preparation / King | 1.00 | 0.00 | 1.00 | 0.00 | 895.00 | C@1 | 895.00 |
| 23814 / 6/16/2003 / WIP / Analyze J. King's performance reviews. | Mark / Preparation / King | 3.00 | 0.00 | 3.00 | 0.00 | 395.00 | C@4 | 1185.00 |
| 23854 / 6/13/2003 / WIP / Assemble operative documents regarding Case status. Compile documents in anticipation of supplementing disclosure. | Karen B / Preparation / King | 1.00 | 0.00 | 1.00 | 0.00 | 195.00 | C@5 | 195.00 |
| 23866 / 6/18/2003 / WIP / Coordinate regarding potential supplemental to disclosure. | Karen B / Preparation / King | 0.50 | 0.00 | 0.50 | 0.00 | 195.00 | C@5 | 97.50 |
| 24123 / 7/3/2003 / WIP / Telephone conference with AUSA review disclosure materials. | JMA / Preparation / King | 1.50 | 0.00 | 1.50 | 0.00 | 895.00 | C@1 | 1342.50 |
| 24470 / 7/17/2003 / WIP / Assist with filing of First Supplemental Disclosure | Tracy / Preparation / King | 0.83 | 0.00 | 0.83 | 0.00 | 195.00 | C@16 | 162.50 |
| 24582 / 7/29/2003 / WIP / Telephone conference with King family and AUSA | JMA / Preparation / King | 1.00 | 0.00 | 1.00 | 0.00 | 895.00 | C@1 | 895.00 |
| 24583 / 8/1/2003 / WIP / Preparation for meeting with AUSA review disclosure | JMA / Preparation / King | 1.50 | 0.00 | 1.50 | 0.00 | 895.00 | C@1 | 1342.50 |

3/4/2015
1:40 PM

BERG & ANDROPHY
Slip Listing

Page   17

| Slip ID Dates and Time Posting Status Description | | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|
| 24593 7/3/2003 WIP Reviewing documents | TIME | Lance Preparation King | 1.00 0.00 1.00 0.00 | 195.00 C@10 | 195.00 |
| 24608 7/29/2003 WIP Prepare for DOJ meeting re: travel logistics and relevant documents | TIME | Karen B Preparation King | 8.00 0.00 8.00 0.00 | 195.00 C@5 | 1560.00 |
| 25078 8/25/2003 WIP Prepare for hearing with government. | TIME | JMA Preparation King | 2.50 0.00 2.50 0.00 | 895.00 C@1 | 2237.50 |
| 25079 8/26/2003 WIP Prepare for meeting. | TIME | JMA Preparation King | 2.00 0.00 2.00 0.00 | 895.00 C@1 | 1790.00 |
| 25080 8/27/2003 WIP Prepare for meeting. | TIME | JMA Preparation King | 3.50 0.00 3.50 0.00 | 895.00 C@1 | 3132.50 |
| 25081 8/28/2003 WIP Prepare for meeting. | TIME | JMA Preparation King | 2.00 0.00 2.00 0.00 | 895.00 C@1 | 1790.00 |
| 25115 8/27/2003 WIP Preparation of powerpoint for meeting with USA. | TIME | Thomas Preparation King | 4.00 0.00 4.00 0.00 | 395.00 C@4 | 1580.00 |
| 25117 8/28/2003 WIP Preparation of powerpoint presentation for meeting with AUSA. Meeting with Joel and review. | TIME | Thomas Preparation King | 8.00 0.00 8.00 0.00 | 395.00 C@4 | 3160.00 |
| 25119 8/29/2003 WIP Preparation of powerpoint and setting up of computer for presentation. | TIME | Thomas Preparation King | 2.00 0.00 2.00 0.00 | 395.00 C@4 | 790.00 |

3/4/2015
1:40 PM

BERG & ANDROPHY
Slip Listing

Page   18

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 25304<br>9/5/2003<br>WIP<br>Review materials regards to disclosure issues | TIME<br><br>JMA<br>Preparation<br>King | 1.50<br>0.00<br>1.50<br>0.00 | 895.00<br>C@1 | 1342.50 |
| 25468<br>9/10/2003<br>WIP<br>Telephone conference with co-counsel | TIME<br><br>JMA<br>Preparation<br>King | 0.25<br>0.00<br>0.25<br>0.00 | 895.00<br>C@1 | 223.75 |
| 25476<br>9/18/2003<br>WIP<br>Telephone conference with client. Review disclosure issues | TIME<br><br>JMA<br>Preparation<br>King | 1.50<br>0.00<br>1.50<br>0.00 | 895.00<br>C@1 | 1342.50 |
| 25567<br>9/24/2003<br>WIP<br>Subpoena research to get gov't infor for Bogart. | TIME<br><br>Mark<br>Preparation<br>King | 0.50<br>0.00<br>0.50<br>0.00 | 395.00<br>C@4 | 197.50 |
| 25570<br>9/29/2003<br>WIP<br>Visit with JMA about damage model. | TIME<br><br>Mark<br>Preparation<br>King | 0.25<br>0.00<br>0.25<br>0.00 | 395.00<br>C@4 | 98.75 |
| 25596<br>8/27/2003<br>WIP<br>Sales figures | TIME<br><br>Jessica<br>Preparation<br>King | 1.00<br>0.00<br>1.00<br>0.00 | 195.00<br>C@5 | 195.00 |
| 25597<br>8/28/2003<br>WIP<br>Sales figures | TIME<br><br>Jessica<br>Preparation<br>King | 1.00<br>0.00<br>1.00<br>0.00 | 195.00<br>C@5 | 195.00 |
| 25690<br>10/16/2003<br>WIP<br>Prepare for government meeting | TIME<br><br>JMA<br>Preparation<br>King | 2.50<br>0.00<br>2.50<br>0.00 | 895.00<br>C@1 | 2237.50 |
| 25691<br>10/17/2003<br>WIP<br>Prepare for power point. Prepare for meeting. Review documents disclosures | TIME<br><br>JMA<br>Preparation<br>King | 3.00<br>0.00<br>3.00<br>0.00 | 895.00<br>C@1 | 2685.00 |
| 25692<br>10/18/2003<br>WIP<br>Prepare for meeting | TIME<br><br>JMA<br>Preparation<br>King | 3.00<br>0.00<br>3.00<br>0.00 | 895.00<br>C@1 | 2685.00 |

3/4/2015
1:40 PM

**BERG & ANDROPHY**
Slip Listing

Page     19

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 25861 10/17/2003 WIP Assistance in setting up damages models and preparation for meeting with Department of Justice and FDA and client | Thomas Preparation King | 3.00 0.00 3.00 0.00 | 395.00 C@4 | 1185.00 |
| 25862 10/20/2003 WIP Meeting with Department of Justice and FDA and clients to review and discuss case | Thomas Preparation King | 5.00 0.00 5.00 0.00 | 395.00 C@4 | 1975.00 |
| 26002 10/14/2003 WIP Prepare damages charts | Tracy Preparation King | 5.00 0.00 5.00 0.00 | 195.00 C@16 | 975.00 |
| 26003 10/16/2003 WIP Prepare for meeting with U.S. Attorneys | Tracy Preparation King | 3.50 0.00 3.50 0.00 | 195.00 C@16 | 682.50 |
| 26009 10/17/2003 WIP Assist with preparation for meeting with U.S. Attorneys | Tracy Preparation King | 3.00 0.00 3.00 0.00 | 195.00 C@16 | 585.00 |
| 26012 10/1/2003 WIP Subpoena memo to get what information the DOJ has. | Mark Preparation King | 1.85 0.00 1.85 0.00 | 395.00 C@4 | 730.75 |
| 26016 10/2/2003 WIP Memo. on limits of disclosure of DOJ subpoena material. | Mark Preparation King | 1.00 0.00 1.00 0.00 | 395.00 C@4 | 395.00 |
| 26017 10/6/2003 WIP Memo. on limits of disclosure of DOJ subpoena material. | Mark Preparation King | 1.50 0.00 1.50 0.00 | 395.00 C@4 | 592.50 |
| 26019 10/8/2003 WIP Memo. on limits of disclosure of DOJ subpoena material. | Mark Preparation King | 0.50 0.00 0.50 0.00 | 395.00 C@4 | 197.50 |

3/4/2015
1:40 PM

BERG & ANDROPHY
Slip Listing

Page    20

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 26022<br>10/13/2003<br>WIP<br>Left message with j. king to call re: king meeting 10/20/03. | TIME<br><br>Mark<br>Preparation<br>King | 0.10<br>0.00<br>0.10<br>0.00 | 395.00<br>C@4 | 39.50 |
| 26023<br>10/13/2003<br>WIP<br>telephone call with mark k. re: king meeting 10/20/03. | TIME<br><br>Mark<br>Preparation<br>King | 0.75<br>0.00<br>0.75<br>0.00 | 395.00<br>C@4 | 296.25 |
| 26025<br>10/15/2003<br>WIP<br>Call j. king about damages. | TIME<br><br>Mark<br>Preparation<br>King | 0.60<br>0.00<br>0.60<br>0.00 | 395.00<br>C@4 | 237.00 |
| 26026<br>10/15/2003<br>WIP<br>work on damages model. | TIME<br><br>Mark<br>Preparation<br>King | 3.00<br>0.00<br>3.00<br>0.00 | 395.00<br>C@4 | 1185.00 |
| 26028<br>10/20/2003<br>WIP<br>meeting with king/doj/jma/fda . . . | TIME<br><br>Mark<br>Preparation<br>King | 8.00<br>0.00<br>8.00<br>0.00 | 395.00<br>C@4 | 3160.00 |
| 26064<br>10/20/2003<br>WIP<br>Meeting with government. | TIME<br><br>Lance<br>Preparation<br>King | 8.00<br>0.00<br>0.00 | 135.00<br>T | 1080.00 |
| 26065<br>10/21/2003<br>WIP<br>Prepare supplemental disclosure. | TIME<br><br>Lance<br>Preparation<br>King | 2.00<br>0.00<br>0.00 | 135.00<br>T | 270.00 |
| 26068<br>10/23/2003<br>WIP<br>Summarized notes from government meeting. | TIME<br><br>Lance<br>Preparation<br>King | 1.00<br>0.00<br>0.00 | 135.00<br>T | 135.00 |
| 26069<br>10/23/2003<br>WIP<br>Summarized notes from government meeting. | TIME<br><br>Lance<br>Preparation<br>King | 1.00<br>0.00<br>0.00 | 135.00<br>T | 135.00 |
| 26073<br>10/28/2003<br>WIP<br>Research on DRUGDEX system. | TIME<br><br>Lance<br>Preparation<br>King | 4.00<br>0.00<br>0.00 | 135.00<br>T | 540.00 |

3/4/2015
1:40 PM

BERG & ANDROPHY
Slip Listing

Page   21

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 26074 / 10/28/2003 / WIP / Research on DRUGDEX system. / TIME | Lance / Preparation / King | 4.00 / 0.00 / 0.00 | 135.00 T | 540.00 |
| 26077 / 10/29/2003 / WIP / Research into DRUGDEX system. / TIME | Lance / Preparation / King | 1.00 / 0.00 / 0.00 | 135.00 T | 135.00 |
| 26134 / 11/3/2003 / WIP / Research regards: new marketing rules / TIME | JMA / Preparation / King | 2.00 / 0.00 / 0.00 | 895.00 C@1 | 1790.00 |
| 26135 / 11/7/2003 / WIP / Review current issues for new disclosure / TIME | JMA / Preparation / King | 2.00 / 0.00 / 0.00 | 895.00 C@1 | 1790.00 |
| 26139 / 10/20/2003 / WIP / Meeting with government and clients / TIME | JMA / Preparation / King | 8.00 / 0.00 / 0.00 | 895.00 C@1 | 7160.00 |
| 26140 / 10/19/2003 / WIP / Meeting with King and Co-Counsel / TIME | JMA / Preparation / King | 1.00 / 0.00 / 1.00 | 895.00 C@1 | 895.00 |
| 26264 / 11/16/2003 / WIP / Draft supplemental disclosure. / TIME | Lance / Preparation / King | 1.00 / 0.00 / 0.00 | 135.00 T@1 | 135.00 |
| 26277 / 10/20/2003 / WIP / Assist with preparation for meeting with government / TIME | Tracy / Preparation / King | 2.00 / 0.00 / 0.00 | 195.00 C@16 | 390.00 |
| 26283 / 10/21/2003 / WIP / Forward documents to Laemmelle / TIME | Tracy / Preparation / King | 0.50 / 0.00 / 0.00 | 195.00 C@16 | 97.50 |
| 26450 / 10/31/2003 / WIP / Check for qui tam legal updates. E-mail new press releases to JMA & Mark K. / TIME | Mark / Preparation / King | 0.50 / 0.00 / 0.00 | 395.00 C@4 | 197.50 |

3/4/2015
1:40 PM

BERG & ANDROPHY
Slip Listing

Page    22

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 26454<br>11/7/2003<br>WIP<br>Finished 4th Disclosure Statement and mailed to Mark K. | TIME<br>Mark<br>Preparation<br>King | 2.00<br>0.00<br>2.00<br>0.00 | 395.00<br>C@4 | 790.00 |
| 26462<br>11/19/2003<br>WIP<br>Worked on disclosure statement. | TIME<br>Mark<br>Preparation<br>King | 2.00<br>0.00<br>2.00<br>0.00 | 395.00<br>C@4 | 790.00 |
| 26489<br>11/18/2003<br>WIP<br>Review articles regards to marketing | TIME<br>JMA<br>Preparation<br>King | 1.50<br>0.00<br>1.50<br>0.00 | 895.00<br>C@1 | 1342.50 |
| 26686<br>11/18/2003<br>WIP<br>Read e-mail attachments on off-label marketing. | TIME<br>Lance<br>Preparation<br>King | 3.00<br>0.00<br>0.00<br>0.00 | 135.00<br>T@1 | 405.00 |
| 26844<br>12/22/2003<br>WIP<br>Telephone conversation with Mark K's office, re: 4th Supp. Disclosure | TIME<br>Mark<br>Preparation<br>King | 0.25<br>0.00<br>0.25<br>0.00 | 395.00<br>C@4 | 98.75 |
| 26845<br>12/29/2003<br>WIP<br>Review privileged docs sent by consulting expert. | TIME<br>Mark<br>Preparation<br>King | 3.00<br>0.00<br>3.00<br>0.00 | 395.00<br>C@4 | 1185.00 |
| 26846<br>12/30/2003<br>WIP<br>Review Drugdex docs sent from Mark K. | TIME<br>Mark<br>Preparation<br>King | 7.00<br>0.00<br>7.00<br>0.00 | 395.00<br>C@4 | 2765.00 |
| 26847<br>12/31/2003<br>WIP<br>Review Drugdex docs sent from Mark K. | TIME<br>Mark<br>Preparation<br>King | 6.00<br>0.00<br>6.00<br>0.00 | 395.00<br>C@4 | 2370.00 |

Grand Total

| | | |
|---|---|---|
| Billable | 676.28 | 304340.25 |
| Unbillable | 0.00 | 0.00 |
| Total | 676.28 | 304340.25 |