IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    *ex rel.* John King & Tammy Drummond<br>    and John King & Tammy Drummond,<br>    Individually, *et al.*<br><br>    Plaintiffs,<br>v.<br><br>SOLVAY S.A. *et al.*,<br><br>    Defendants. | § § § § § § § § § § § § § § § | CIVIL ACTION No. 06-2662<br>TRANSFERRED FROM EASTERN DISTRICT OF PENNSYLVANIA<br><br>CIVIL ACTION No. 03-3561 |

## SUPPLEMENTAL DECLARATION OF JOHN KING

I, John King, declare as follows:

1. Today I have read the declaration signed on this date by Lori King, my former wife, in the above-captioned case.

2. In her declaration, she details her attempts in the spring and summer of 2002 to report to FDA the allegations of fraud that Tammy Drummond and I eventually filed in this case. She also details that she listened to at least 10 to 12 conversations that I had with one or more criminal FDA agents beginning in August 2002 about these allegations.

3. At the time of my previous declaration, I had completely forgotten about these conversations. It is unbelievably frustrating to me to have forgotten them. I know that I have been asked by Berg & Androphy attorneys multiple times about my communications with the government over the last several months in particular, and yet I could not remember these conversations. I have no reason to think that I ever told Tammy Drummond of these conversations, either.

4. After reading Lori's declaration, my memory is somewhat refreshed, but I believe Lori's memory to be superior to mine. In the spring and summer of 2002, immediately following my termination, my depression had worsened to the point that I was not functioning well at all, and without Lori's initiative I never would have persisted in reaching appropriate FDA agents to investigate the case. I have to think that my depression affected my memory as well.

5. I am over the age of 18 years, and I am mentally competent to make this declaration.

6. I declare under penalty of perjury that the foregoing is true and correct.

3/12/2015
Dated

John King